UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **JAMES SAMATAS,** | ) | Case No. 20-17355 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor. | ) | |

**NOTICE OF MEETING OF CREDITORS
TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for October 22, 2020 at 1:30 p.m. **PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY. PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:**

**Tel. 866-820-6676
Passcode 3369855**

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE. NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ David Paul Holtkamp*
David Paul Holtkamp, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **JAMES SAMATAS,** | ) | Case No. 20-17355 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, David Paul Holtkamp, Trial Attorney, state that on September 23, 2020, the **Notice of Meeting of Creditors to be Conducted Telephonically** was filed and served on all parties, either via the Court's Electronic Notice for Registrants or via U.S. First Class Mail, prepaid, as indicated below.

*/s/ David Paul Holtkamp*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

**Parties Served via U.S. First Class Mail:**

*See Attached Exhibit A Declaration of Mailing/Certificate of Service*