UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  JAMES SAMATAS | CASE NO: 20-17355<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/15/2020, I did cause a copy of the following documents, described below,

Notice of Motion and US Trustee's Motion to Dismiss or Convert Case on Shortened Notice

Order Granting US Trustee's Motion to Convert Case under 1112(b)

Order Granting US Trustee's Motion to Dismiss under 1112(b)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2020

/s/ David Holtkamp
David Holtkamp   6298815
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
312 353 5014

# UST EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAMES SAMATAS | CASE NO: 20-17355 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 10/15/2020, a copy of the following documents, described below,

Notice of Motion and US Trustee's Motion to Dismiss or Convert Case on Shortened Notice

Order Granting US Trustee's Motion to Convert Case under 1112(b)

Order Granting US Trustee's Motion to Dismiss under 1112(b)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2020

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David Holtkamp
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL 60604

## UST EXHIBIT A

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ~~EXCLUDE~~ | BANK OF AMERICA |
| --- | --- | --- |
| LABEL MATRIX FOR LOCAL NOTICING 07521 CASE 20-17355 NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION THU OCT 15 11-49-34 CDT 2020 | ~~US BANKRUPTCY COURT EASTERN DIVISION 219 S DEARBORN 7TH FLOOR CHICAGO IL 60604-1702~~ | P O BOX 31785 TAMPA FL 33631-3785 |

| JPMORGAN CHASE BANK N A | INTERNAL REVENUE SERVICE | DIRECTV LLC |
| --- | --- | --- |
| BANKRUPTCY MAIL INTAKE TEAM 700 KANSAS LANE FLOOR 01 MONROE LA 71203-4774 | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 | BY AMERICAN INFOSOURCE AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY OK 73118-7901 |

| HOWARD HOWARD PLLC | JPMORGAN CHASE BANK NA | PARKER MILLS LLP |
| --- | --- | --- |
| 200 S MICHIGAN AVE 1100 CHICAGO IL 60604-2461 | CO MANLEY DEAS KOCHALSKI LLC PO BOX 165028 COLUMBUS OH 43216-5028 | 800 W 6TH STREET 500 LOS ANGELES CA 90017-2708 |

| WEST SUBURBAN BANK | WITKIN ASSOCIATES TRUSTEE | WOLF WALLENSTEIN ABRAMS |
| --- | --- | --- |
| P O BOX 1269 LOMBARD IL 60148-8269 | 5805 SEPULVEDA BLVD SUITE 670 SHERMAN OAKS CA 91411-2522 | 11400 W OLYMPIC 700 LOS ANGELES CA 90064-1582 |

| DEBTOR | ~~EXCLUDE~~ | |
| --- | --- | --- |
| JAMES SAMATAS 9 NATOMA DRIVE OAK BROOK IL 60523-7711 | ~~PATRICK S LAYNG OFFICE OF THE US TRUSTEE REGION 11 219 S DEARBORN ST ROOM 873 CHICAGO IL 60604-2027~~ | |

# UST EXHIBIT A