UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAMES SAMATAS | CASE NO: 20-17355 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 12/22/2020, I did cause a copy of the following documents, described below,

Notice of Motion and U.S. Trustee's Motion to Convert or Dismiss Case Pursuant to USC 1112(b) (Recommending Conversion)

Proposed Order

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/22/2020

/s/ David Holtkamp
David Holtkamp   6298815
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
202 567 1489

# UST EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAMES SAMATAS | CASE NO: 20-17355 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 12/22/2020, a copy of the following documents, described below,

Notice of Motion and U.S. Trustee's Motion to Convert or Dismiss Case Pursuant to USC 1112(b) (Recommending Conversion)

Proposed Order

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2020

/s/ Jay S. Jump

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David Holtkamp
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

UST EXHIBIT A

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | CM/ECF E-SERVICE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>07521<br>CASE 20-17355<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>TUE DEC 22 11-46-06 CST 2020 | ~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | BANK OF AMERICA<br>P O BOX 31785<br>TAMPA FL 33631-3785 |
| BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 | BANK OF AMERICA NA<br>CO MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS OH 43216-5028 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | GINA B KROL<br>COHEN KROL<br>105 W MADISON STREET<br>SUITE 1100<br>CHICAGO IL 60602-4600 |
| HOWARD HOWARD ATTORNEYS PLLC<br>CO SCOTT M LEVIN<br>200 S MICHIGAN AVE ST 1100<br>CHICAGO IL 60604-2461 | HOWARD HOWARD PLLC<br>200 S MICHIGAN AVE 1100<br>CHICAGO IL 60604-2461 | JPMORGAN CHASE BANK NA<br>CO MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS OH 43216-5028 |
| PARKER MILLS LLP<br>800 W 6TH STREET 500<br>LOS ANGELES CA 90017-2708 | WEST SUBURBAN BANK<br>P O BOX 1269<br>LOMBARD IL 60148-8269 | WEST SUBURBAN BANK<br>CO GINA B KROL<br>COHEN KROL<br>105 W MADISON STREET SUITE 1100<br>CHICAGO IL 60602-4600 |
| | | DEBTOR |
| WITKIN ASSOCIATES TRUSTEE<br>5805 SEPULVEDA BLVD SUITE 670<br>SHERMAN OAKS CA 91411-2522 | WOLF WALLENSTEIN ABRAMS<br>11400 W OLYMPIC 700<br>LOS ANGELES CA 90064-1582 | JAMES SAMATAS<br>9 NATOMA DRIVE<br>OAK BROOK IL 60523-7711 |

~~EXCLUDE~~

~~PATRICK S LAYNG~~
~~OFFICE OF THE US TRUSTEE REGION 11~~
~~219 S DEARBORN ST~~
~~ROOM 873~~
~~CHICAGO IL 60604-2027~~

# UST EXHIBIT A

THE FOLLOWING PARTIES WERE SERVED VIA THE "NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

```
James Samatas                    Oksana Koltko                      (Creditor)
9 Natoma Drive                   DLA Piper LLP (US)                 Carlye Samatas
Oak Brook, IL 60523              444 West Lake Street               represented by:
(Debtor 1) PRO SE                Suite 900                          Eric D. Goldberg
                                 Chicago, IL 60606                  DLA Piper LLP (US0
                                                                    2000 Avenue of the Stars
                                 oksana.koltko@dlapiper.com         Los Angeles, CA 90067


(U.S. Trustee)                           (Creditor)                         (Creditor)
Patrick S Layng                          JPMorgan Chase Bank, N.A.          BANK OF AMERICA, N.A.
Office of the U.S. Trustee, Region 11    represented by:                    represented by:
219 S Dearborn St                        Sarah E Barngrover                 Adam B Hall
Room 873                                 Manley Deas Kochalski LLC          Manley Deas Kochalski
Chicago, IL 60604                        P.O. Box 165028                    P.O. Box 165028
represented by:                          Columbus, OH 43216                 Columbus, OH 43216
David Paul Holtkamp
Office of the United States Trustee      amps@manleydeas.com                amps@manleydeas.com
219 S. Dearborn St.
Room 873
Chicago, IL 60604

David.Holtkamp@usdoj.gov
```

# UST EXHIBIT A