# **EXHIBIT E**

**(Financial Disclosure Document)**

FL-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | |
|---|---|
| Ellen K. Wolf<br>Wolf Wallenstein & Abrams, PC<br>11400 W. Olympic Boulevard<br>Suite 700<br>Los Angeles, CA 90064<br>TELEPHONE NO.: 310-622-1000     FAX NO.: 310-457-9087<br>E-MAIL ADDRESS: ewolf@wolfwallenstein.com<br>ATTORNEY FOR *(Name):* James Samatas | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PETITIONER: James Samatas
RESPONDENT: Carlye Samatas
OTHER PARENT/PARTY:

| DECLARATION OF DISCLOSURE | CASE NUMBER: |
|---|---|
| [X] Petitioner's    [ ] Preliminary<br>[ ] Respondent's   [X] Final | BD604752 |

**DO NOT FILE DECLARATIONS OF DISCLOSURE OR FINANCIAL ATTACHMENTS WITH THE COURT**

*In a dissolution, legal separation, or nullity action, both a preliminary and a final declaration of disclosure must be served on the other party with certain exceptions. Neither disclosure is filed with the court. Instead, a declaration stating that service of disclosure documents was completed or waived must be filed with the court (see form FL-141).*

- *In summary dissolution cases, each spouse or domestic partner must exchange preliminary disclosures as described in* Summary Dissolution Information *(form FL-810). Final disclosures are not required (see Family Code section 2109).*
- *In a default judgment case that is not a stipulated judgment or a judgment based on a marital settlement agreement, only the petitioner is required to complete and serve a preliminary declaration of disclosure. A final disclosure is not required of either party (see Family Code section 2110).*
- *Service of preliminary declarations of disclosure may not be waived by an agreement between the parties.*
- *Parties who agree to waive final declarations of disclosure must file their written agreement with the court (see form FL-144).*

*The petitioner must serve a preliminary declaration of disclosure at the same time as the Petition or within 60 days of filing the Petition. The respondent must serve a preliminary declaration of disclosure at the same time as the Response or within 60 days of filing the Response. The time periods may be extended by written agreement of the parties or by court order (see Family Code section 2104(f)).*

**Attached are the following:**

1. [X] A completed *Schedule of Assets and Debts* (form FL-142) or [ ] A *Property Declaration* (form FL-160) for *(specify):*

   [ ] Community and Quasi-Community Property    [ ] Separate Property.

2. [X] A completed *Income and Expense Declaration* (form FL-150).

3. [X] All tax returns filed by the party in the two years before the date that the party served the disclosure documents.

4. [X] A statement of all material facts and information regarding valuation of all assets that are community property or in which the community has an interest *(not a form).*

5. [X] A statement of all material facts and information regarding obligations for which the community is liable *(not a form).*

6. [X] An accurate and complete written disclosure of any investment opportunity, business opportunity, or other income-producing opportunity presented since the date of separation that results from any investment, significant business, or other income-producing opportunity from the date of marriage to the date of separation *(not a form).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/12/18

James Samatas
(TYPE OR PRINT NAME)                                   ▶ (signature)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-140 [Rev. July 1, 2013]

**DECLARATION OF DISCLOSURE**
**(Family Law)**

Legal Solutions Plus

Family Code, §§ 2102, 2104, 2105, 2106, 2112
www.courts.ca.gov

# DECLARATION OF DISCLOSURE

## PURSUANT TO FAMILY CODE SECTION 2105

I, James Samatas, Petitioner herein, declare as follows:

1. I make this Declaration of Disclosure pursuant to Family Code Section 2105.

2. I have disclosed all material facts and information regarding valuation of all assets that are community property or in which the community has an interest based on current information available to me.

3. I have made an accurate and complete written disclosure of any investment opportunity, business opportunity, or other income-producing opportunity presented to me since the date of separation that results from any investment, significant business, or other income-producing opportunity, from the date of marriage to the date of separation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of MARCH, 2018, LOS ANGELES, CA.

_____
James Samatas

# SCHEDULE OF ASSETS AND DEBTS

THIS FORM SHOULD NOT BE FILED WITH THE COURT  FL-142

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 310-622-1000 |
|---|---|
| Ellen K. Wolf<br>Wolf Wallenstein & Abrams, PC<br>11400 W. Olympic Boulevard<br>Suite 700<br>Los Angeles, CA 90064 | 310-457-9087 |
| ATTORNEY FOR (Name): James Samatas | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles

PETITIONER: James Samatas

RESPONDENT: Carlye Samatas

| SCHEDULE OF ASSETS AND DEBTS<br>[X] Petitioner's [ ] Respondent's | CASE NUMBER:<br>BD604752 |
|---|---|

— INSTRUCTIONS —

List all your known community and separate assets or debts. Include assets even if they are in the possession of another person, including your spouse. If you contend an asset or debt is separate, put P (for Petitioner) or R (for Respondent) in the first column (separate property) to indicate to whom you contend it belongs.

All values should be as of the date of signing the declaration unless you specify a different valuation date with the description. For additional space, use a continuation sheet numbered to show which item is being continued.

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP. | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 1. | REAL ESTATE *(Give street addresses and attach copies of deeds with legal descriptions and latest lender's statement.)* | | | | |
| | 9 Natoma Drive, Oak Brook, IL | | | 2,080,000.00 * | 1,700,000.00 |
| | 1424 Tanager WAy, Los Angeles, CA | P | | 12,000,000.00 | 5,400,000.00 ** |
| | 10776 Wilshire Boulevard, #1440, LA, CA (Per purchase price - present value may be greater) | R | | 3,000,000.00 | 3,000,000.00*** |
| | *Based upon Respondent's appraisal by Swerdon dated 11/6/17<br>**See Loans/Other Debts"<br>***Owed to Petitioner's Trust | | | | |
| 2. | HOUSEHOLD FURNITURE, FURNISHINGS, APPLIANCES *(Identify.)* | | | | |
| | Baccarat chandelier | | | 40,000.00 | |
| | Natoma contents (including art, but excluding paperweights and 2 paintings) pursuant to Respondent's appraisal by Stuart Salisbury dated 6/15. | | | 1,400,000.00 | |
| 3. | JEWELRY, ANTIQUES, ART, COIN COLLECTIONS, etc. *(Identify.)* | | | | |
| | See attached schedules for Art ( blue highlights) | | | 400,000.00 | |
| | Paperweights (Per purchase price inventory - present value uncertain) | | | 2,500,000.00 | |

Page 1 of 4

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-142 [Rev. January 1, 2005] | SCHEDULE OF ASSETS AND DEBTS<br>(Family Law) | Legal Solutions Plus | Code of Civil Procedure, §§ 2030(c), 2033.5 |

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP. | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 4. | VEHICLES, BOATS, TRAILERS *(Describe and attach copy of title document.)* | | | | |
| | 2013 Chevrolet Corvette | | 2013 | 31,726.00 | |
| | 2012 Jeep Wrangler | | 2012 | 34,427.00 | |
| | 2009 Chevrolet HHR | | 2010 | 12,270.00 | |
| | 1959 Chevrolet Corvette | | 1996 | 37,725.00 | |
| | 2012 Porsche 911 Turbo | | 2012 | 80,000.00 | |
| 5. | SAVINGS ACCOUNTS *(Account name, account number, bank, and branch. Attach copy of latest statement.)* | | | | |
| 6. | CHECKING ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement.)* | | | | |
| | James Samatas Revocable Trust Checking - Bank of America x826 | | | 58,600.00 | |
| | James Samatas Revocable Trust MM - Bank of America x3962 | | | 1,054.84 | |
| | James Samatas Revocable Trust II - Bank of America x6177 | | | 543.78 | |
| | James Samatas Revocable Trust SA - Bank of America x6799 | | | 1,034.97 | |
| | Natoma Expense Checking - Bank of America x8274 | | | 1,196.92 | |
| | Natoma Renovation - Bank of America x1169 | | | 1,000.41 | |
| | Tanager Expense - Bank of America x1048 | | | 1,149.22 | |
| 7. | CREDIT UNION, OTHER DEPOSIT ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement.)* | | | | |
| | Tanager Management II - Bank of America x1198 | | | 662.60 | |
| | Citi Checking - x9351 | | | 21,370.34 | |
| | Western Suburban Checking - x2912 | | | 38,758.78 | |
| 8. | CASH *(Give location.)* | | | | |
| 9. | TAX REFUND | | | | |
| | None | | | | |
| 10. | LIFE INSURANCE WITH CASH SURRENDER OR LOAN VALUE *(Attach copy of declaration page for each policy.)* | | | | |
| | None | | | | |

FL-142 [Rev. January 1, 2005]    **SCHEDULE OF ASSETS AND DEBTS**    Page 2 of 4
(Family Law)

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP. | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 11. | STOCKS, BONDS, SECURED NOTES, MUTUAL FUNDS *(Give certificate number and attach copy of the certificate or copy of latest statement.)* <br> None | | | | |
| 12. | RETIREMENT AND PENSIONS *(Attach copy of latest summary plan documents and latest benefit statement.)* <br> None | | | | |
| 13. | PROFIT - SHARING, ANNUITIES, IRAS, DEFERRED COMPENSATION *(Attach copy of latest statement.)* <br> James Samatas IRA - Bank of America x1198 | | | 115,409.87 | |
| 14. | ACCOUNTS RECEIVABLE AND UNSECURED NOTES *(Attach copy of each.)* <br> None | | | | |
| 15. | PARTNERSHIPS AND OTHER BUSINESS INTERESTS *(Attach copy of most current K-1 form and Schedule C.)* <br> **Asset value minus 50% minority discount; Values would be higher without the minority discounts. <br> Omni Partners** <br> Lexington Healthcare Center of Lombard Inc.** <br> Lexington Healthcare Systems of Lombard Inc. **(*included) <br> Lexington Healthcare Systems of Lombard LP (*included) <br> Sambell of Bloomingdale LP | | | 150,000.00 <br> 2,500,000.00 * <br> <br> <br> 50,000.00 | |
| 16. | OTHER ASSETS <br> Respondent's jewelry, hand bags, furs, and miscellaneous furnishings (See attached photographs and list) <br> Petitioner's jewelry <br> Lawsuit against Cohen & Lord <br> Claims and litigation against owners of 1410 Tanager | <br> <br> <br> P <br> P | | 4,000,000.00 <br> 500,000.00 <br> Unknown <br> Unknown | |
| 17. | TOTAL ASSETS FROM CONTINUATION SHEET | | | | |
| 18. | TOTAL ASSETS | | | $ 29,056,929.73 | $10,100,000.00 |

FL-142 [Rev. January 1, 2005]                **SCHEDULE OF ASSETS AND DEBTS**                Page 3 of 4
                                              **(Family Law)**

| ITEM NO. | DEBTS—SHOW TO WHOM OWED | SEP. PROP. | TOTAL OWING | DATE INCURRED |
|---|---|---|---|---|
| | | | $ | |
| 19. | STUDENT LOANS *(Give details.)* <br> None | | | |
| 20. | TAXES *(Give details.)* (See below item #24 for 2017 Estimated Federal and State Taxes) <br> IRS 2016 <br> State 2016 <br> Real Estate Taxes ($55,000 for Tanager and $13,000 for Natoma) | | 182,000.00 <br> 140,000.00 <br> 68,000.00 | |
| 21. | SUPPORT ARREARAGES *(Attach copies of orders and statements.)* <br> None | | | |
| 22. | LOANS—UNSECURED *(Give bank name and loan number and attach copy of latest statement.)* | | | |
| 23. | CREDIT CARDS *(Give creditor's name and address and the account number. Attach copy of latest statement.)* <br> James Samatas Visa - x7577 <br> American Express Platinum (James) - x56008 | | 25,913.00 <br> zero | |
| 24. | OTHER DEBTS *(Specify):* <br> Cohen & Lord* <br> Kolodny Law Group* <br> Fried & Goldsman* <br> Cohen, Miskel & Mowrey <br> Sheppard Mullin <br> Parker Mills - Niami Case <br> Ann Gray - 1410 Consultant <br> IRS 2017 (Estimated Taxes) <br> State 2017 (Estimated Taxes) <br> See Attached list of "Other Debts" <br><br> *Contingent | | 3,383,719.33 <br> 23,300.13 <br> 123,837.93 <br> 4,661.99 <br> 72,560.89 <br> 2,676.00 <br> 4,140.00 <br> 187,250.00 <br> 21,000.00 <br> 24,270,949.00 | |
| 25. | TOTAL DEBTS FROM CONTINUATION SHEET | | | |
| 26. | TOTAL DEBTS | | $ 28,510,008.27 | |

27. ☐ *(Specify number):* _____ pages are attached as continuation sheets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/12/18

James Samatas    JAMES SAMATAS
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF DECLARANT)

FL-142 [Rev. January 1, 2005]    **SCHEDULE OF ASSETS AND DEBTS**    Page 4 of 4
(Family Law)

## Attachment to Schedule of Assets and Debts

## Item 24 "Other Debts"

| | |
|---|---:|
| Loan/1988 James Samatas Discretionary Trust re Collectibles | ($10,000,000) |
| (P) Linden/Loan/1988 James Samatas Discretionary Trust for Purchase | ($1,000,000) |
| (P) Linden/Loan/1988 James Samatas Discretionary Trust (Linden closing shortage) | ($425,000) |
| (P) Loan/1988 James Samatas Discretionary Trust re Elysian | ($100,000) |
| (P) Loan/1988 James Samatas Discretionary Trust (Elysian improvements) | ($690,000) |
| (P) Tanager/Loan by 1988 James Samatas Discretionary Trust (Purchase) | ($2,250,000) |
| (P) Tanager/Loan via John Samatas Discretionary Trust (originally $6M purchase) | ($4,000,000) |
| (P) Tanager/Loan by 1988 James Samatas Discretionary Trust (Niami case) | ($2,000,000) |
| (P) Tanager/1988 James Samatas Discretionary Trust re 1410 Litigation | ($1,000,000) |
| (P) 1432 Tanager – Loan by 1988 James Samatas Discretionary Trust (Attorneys/Consultants) | ($1,400,000) |
| (P) 1432 Tanager/Collin | ($1,405,949) |
| **Total:** | **($24,270,949)** |