# UNITED STATES BANKRUPTCY COURT

_Northern_ DISTRICT OF _Illinois_

_Eastern_ DIVISION

IN RE: _James Samatas_                    }          CASE NUMBER: _20-BK-17355_

                                          }

                                          }

                                          }          JUDGE _Hon A. Benjamin Goldgar_

                                          }

DEBTOR.                                   }          CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM      _12/1/20_      TO      _12/31/20_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _1/13/21_

_____
Attorney for Debtor

Debtor's Address
and Phone Number: _9 Natoma Drive_
_Oak Brook, IL_
_60523_

Tel. _630-525-1778_

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | *In Re: James Samchas* |
| Case Number: | *20-BK-17355* |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this repc.

| | Month *December* | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | *3,776* | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | *10,000* | |
| Total Business Receipts | | |
| Total Receipts | *10,000* | |
| | | |
| Total Household Disbursements | *12,276* | |
| Total Business Disbursements | | |
| Total Disbursements | | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | | |
| | | |
| CASH- End of Month (Individual) | *1,500* | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | *12,276* | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | *12,276* | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This *13th* day of *January* 20*21*.

_____
Debtor's Signature

Monthly Operating Report - Individual

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month DECEMBER | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 3,776 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 10,000 | |
| | | |
| **TOTAL RECEIPTS** | 10,000 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 6,098 | |
| Household Repairs & Maintenance | 704 | |
| Insurance | 4,649 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 308 | |
| Vehicle Expenses | 192 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 12,276 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 1,500 | |

DECEMBER CASH RECEIPTS

GABRIELLE SAMAHS          $10,000

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOMEOWNERS        A.IG | 8/10/20 - 8/10/21 | 4,649 | |
| AUTO | | | |
| UMBRELLA | | MONTHLY | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BofA | BofA | BofA | BofA |
| Account Number: | 8265 | 8374 | 1048 | 8945 |
| Purpose of Account (Business/Personal) | P | P | P | P |
| Type of Account (e.g. checking) | CK | CK | CK | CK |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 49 | 362 | 585 | 33 |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BofA | BofA | CTI | |
| Account Number: | 1169 | 1634 | 9351 | |
| Purpose of Account (Business/Personal) | P | P | P | |
| Type of Account (e.g. checking) | CK | CK | CK | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 100 | 100 | 271 | |
| TOTAL OF ALL ACCOUNTS | | | | $1,500 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.



**BANK OF AMERICA**

PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

 1.800.878.7878

En Español: 1.800.688.6086

 bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JAMES SAMATAS REVOCABLE TRUST
BY TRUSTEE JAMES SAMATAS U/T/A DATED
09/08/1988
9 NATOMA DR
OAK BROOK, IL  60523-7711

# Your Regular Checking

for December 1, 2020 to December 31, 2020          Account number: 8265

**JAMES SAMATAS REVOCABLE TRUST     BY TRUSTEE JAMES SAMATAS U/T/A DATED     09/08/1988**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2020 | $3,007.83 |
| Deposits and other additions | 10,000.00 |
| Withdrawals and other subtractions | -12,958.44 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2020** | **$49.39** |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.



**BANK OF AMERICA**

PRIVATE BANK

JAMES SAMATAS REVOCABLE TRUST   |   Account #▮▮▮▮▮ 8265   |   December 1, 2020 to December 31, 2020

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/08/20 | Online Banking transfer from CHK 8257 Confirmation# 7543400924 | 4,000.00 |
| 12/08/20 | Online Banking transfer from CHK 8257 Confirmation# 6344140603 | 2,000.00 |
| 12/22/20 | Online Banking transfer from CHK 8257 Confirmation# 3265672490 | 4,000.00 |
| **Total deposits and other additions** | | **$10,000.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/20 | CHECKCARD 1201 AMAZON.COM*VT1MZ4FX3 AM AMZN.COM/BILLWA 24431060336083754635567 | -9.50 |
| 12/02/20 | CHECKCARD 1201 AMAZON.COM*Q314E9IO3 AM AMZN.COM/BILLWA 24431060336083744420922 | -8.23 |
| 12/03/20 | CHECKCARD 1202 AMZN Mktp US*FI3DF2A23 Amzn.com/billWA 24692160337100509650799 | -72.24 |
| 12/03/20 | CHECKCARD 1202 VCA AURORA #393 630-896-8541 IL 24493980338400897000271 | -148.00 |
| 12/04/20 | CHECKCARD 1204 AMZN MKTP US*Z97PC7E33 AMZN.COM/BILLWA 24431060339083330956146 | -42.63 |
| 12/04/20 | Online Banking transfer to CHK 8945 Confirmation# 5509406058 | -25.00 |
| 12/04/20 | Online Banking transfer to CHK 1048 Confirmation# 6109408245 | -250.00 |
| 12/04/20 | BP#9178526PRID 12/04 #000607533 PURCHASE BP#9178526PRIDE    HINSDALE    IL | -168.88 |
| 12/04/20 | JEWEL OSCO 006 12/04 #000693162 PURCHASE JEWEL OSCO 0068    WESTMONT    IL | -152.52 |
| 12/04/20 | PET SUPPLIES P 12/04 #000082855 PURCHASE PET SUPPLIES PLUS WESTMONT    IL | -106.39 |
| 12/07/20 | CHECKCARD 1204 COMCAST CHICAGO 800-COMCAST IL 24692160339100842962933 RECURRING | -109.75 |
| 12/07/20 | CHECKCARD 1206 SCOOBYS DOWNERS GROVEIL 24717050341173411003207 | -10.34 |
| 12/08/20 | CHECKCARD 1206 GOOGLE*GOOGLE STORAGE INTERNET    CA 24013080343000004668730 RECURRING | -1.99 |
| 12/10/20 | Online Banking transfer to CHK 1048 Confirmation# 3461605195 | -250.00 |

*continued on the next page*

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 12/11/20 | CHECKCARD 1209 AIGPAY PCS 866-856-6855 NJ 24692160345100379274308 | -4,649.04 |
| 12/11/20 | Online Banking transfer to CHK 8274 Confirmation# 1572052299 | -700.00 |
| 12/14/20 | JEWEL OSCO 006 12/12 #000149706 PURCHASE JEWEL OSCO 0068   WESTMONT     IL | -181.08 |
| 12/14/20 | CHECKCARD 1213 AMZN MKTP US*GF2WN2CA3 AMZN.COM/BILLWA 24431060348083710906553 | -91.36 |
| 12/14/20 | CHECKCARD 1213 AMAZON.COM*1M9R53A43 AM AMZN.COM/BILLWA 24431060348083333365138 | -13.80 |
| 12/15/20 | BP#9178526PRID 12/15 #000735147 PURCHASE BP#9178526PRIDE   HINSDALE     IL | -163.88 |
| 12/15/20 | Online Banking transfer to CHK 8274 Confirmation# 1307882396 | -100.00 |
| 12/16/20 | CHECKCARD 1215 AMZN MKTP US*5N0NH9D53 AMZN.COM/BILLWA 24431060350083756582008 | -94.52 |
| 12/16/20 | CHECKCARD 1216 AMZN MKTP US*2P7N44KI3 AMZN.COM/BILLWA 24431060351083340468358 | -91.36 |
| 12/16/20 | CHECKCARD 1215 PAYPAL *PYPL PAYIN4 888-221-1161 CA 24492150350894701490153 RECURRING | -106.16 |
| 12/16/20 | Online Banking transfer to CHK 8945 Confirmation# 1216335640 | -25.00 |
| 12/17/20 | Online Banking transfer to CHK 8274 Confirmation# 3522490016 | -625.00 |
| 12/18/20 | CHECKCARD 1216 CA DMV FEE 678-7315516  CA 24755420352153529974618 | -3.97 |
| 12/18/20 | CHECKCARD 1216 STATE OF CALIF DMV INT 800-7770133  CA 24755420352153526959265 | -189.00 |
| 12/18/20 | CHECKCARD 1217 AMZN DIGITAL*R57QJ5093 888-802-3080 WA 24431060352083306917108 | -3.99 |
| 12/21/20 | CHECKCARD 1218 VERIZONWRLSS*RTCCR VN 800-922-0204 FL 24692160353100913231284 RECURRING | -88.12 |
| 12/21/20 | CHECKCARD 1218 SPECTRUM 855-707-7328 CA 24692160353100010688899 | -99.99 |
| 12/21/20 | JEWEL OSCO 006 12/21 #000613606 PURCHASE JEWEL OSCO 0068   WESTMONT     IL | -178.07 |
| 12/21/20 | Online Banking transfer to CHK 8274 Confirmation# 2558381906 | -150.00 |
| 12/22/20 | Online Banking transfer to CHK 1048 Confirmation# 3265675639 | -1,500.00 |
| 12/22/20 | Online Banking transfer to CHK 1048 Confirmation# 3165686286 | -1,000.00 |
| 12/22/20 | Online Banking transfer to CHK 8274 Confirmation# 3565742122 | -325.00 |
| 12/24/20 | BP#9178526PRID 12/24 #000649560 PURCHASE BP#9178526PRIDE   HINSDALE     IL | -179.68 |
| 12/24/20 | THE STANDARD M 12/24 #000562351 PURCHASE THE STANDARD MAR  WESTMONT     IL | -103.41 |
| 12/28/20 | Online Banking transfer to CHK 8274 Confirmation# 1200023929 | -250.00 |
| 12/28/20 | PET SUPPLIES P 12/28 #000085394 PURCHASE PET SUPPLIES PLUS  WESTMONT     IL | -120.35 |
| 12/28/20 | OFFICE DEPOT 0 12/28 #000025985 PURCHASE OFFICE DEPOT 00 1  DOWNERS GROVE IL | -16.62 |
| 12/29/20 | JEWEL OSCO 006 12/29 #000629438 PURCHASE JEWEL OSCO 0068   WESTMONT     IL | -131.76 |
| 12/29/20 | TOBACCO OUTLET 12/29 #000909042 PURCHASE TOBACCO OUTLET    WESTMONT     IL | -6.44 |
| 12/29/20 | WALGREENS STOR 12/29 #000523442 PURCHASE WALGREENS STORE 1  WESTMONT     IL | -16.33 |
| 12/30/20 | CHECKCARD 1229 AUCTIONSNIPER.COM 530-892-9191 CA 24493980365207909607688 | -3.44 |

continued on the next page



**BANK OF AMERICA**

PRIVATE BANK
JAMES SAMATAS REVOCABLE TRUST   |   Account # ████ 8265   |   December 1, 2020 to December 31, 2020

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 12/30/20 | CHECKCARD  1229 PAYPAL *PYPL PAYIN4 888-221-1161 CA 24492150364894412539839 RECURRING | -106.16 |
| 12/30/20 | Online Banking transfer to CHK 8274 Confirmation# 3236642842 | -250.00 |
| 12/31/20 | CHECKCARD  1231 AMAZON.COM*VY9GT5RN3 AM AMZN.COM/BILLWA 24431060366083718398982 | -15.11 |
| 12/31/20 | CHECKCARD  1231 AMZN MKTP US*FL4Z567O3 AMZN.COM/BILLWA 24431060366083728529063 | -24.33 |

**Total withdrawals and other subtractions**                    **-$12,958.44**

## Interested party distribution list

At your request, copies of your statement have been mailed to the following addresses:

JAMES SAMATAS REVOCABLE TRUST
665 W NORTH AVE STE 500
LOMBARD IL          60148



**BANK OF AMERICA**

PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

 1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JAMES SAMATAS
TANAGER WAY EXPENSE ACCOUNT
9 NATOMA DR
OAK BROOK, IL 60523-7711

# Your combined statement

for November 20, 2020 to December 22, 2020

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Wealth Management Adv Relationship Banking | 1048 | $2,585.45 | Page 3 |
| Wealth Management Adv Relationship Banking | 8274 | $392.36 | Page 5 |
| Wealth Management Adv Relationship Banking | 1169 | $100.53 | Page 7 |
| Wealth Management Adv Relationship Banking | 1634 | $100.00 | Page 9 |

**Total balance**                                                      **$3,178.34**

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.



PRIVATE BANK

Account number:  1048

# Your Wealth Management Adv Relationship Banking

**JAMES SAMATAS    TANAGER WAY EXPENSE ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on November 20, 2020 | $101.95 |
| Deposits and other additions | 3,000.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Checks | -516.50 |
| Service fees | -0.00 |
| **Ending balance on December 22, 2020** | **$2,585.45** |

*Interest Paid Year To Date: $0.06.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/04/20 | Online Banking transfer from CHK 8265 Confirmation# 6109408245 | 250.00 |
| 12/10/20 | Online Banking transfer from CHK 8265 Confirmation# 3461605195 | 250.00 |
| 12/22/20 | Online Banking transfer from CHK 8265 Confirmation# 3265675639 | 1,500.00 |
| 12/22/20 | Online Banking transfer from CHK 8265 Confirmation# 3165686286 | 1,000.00 |
| **Total deposits and other additions** | | **$3,000.00** |

JAMES SAMATAS   |   Account #[REDACTED]1048   |   November 20, 2020 to December 22, 2020

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 12/07/20 | 1556 | -224.00 |
| 12/11/20 | 1557 | -68.50 |

| Date | Check # | Amount |
|------|---------|--------|
| 12/11/20 | 1558 | -224.00 |

| | |
|---|---|
| **Total checks** | **-$516.50** |
| **Total # of checks** | **3** |

**BANK OF AMERICA** 🏴
PRIVATE BANK

Account number: ▮▮▮▮ 8274

# Your Wealth Management Adv Relationship Banking

### JAMES SAMATAS    OAK BROOK EXPENSE ACCOUNT

## Account summary

| | |
|---|---|
| Beginning balance on November 20, 2020 | $330.04 |
| Deposits and other additions | 2,127.93 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -1,117.61 |
| Checks | -948.00 |
| Service fees | -0.00 |
| **Ending balance on December 22, 2020** | **$392.36** |

*Interest Paid Year To Date: $0.10.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/23/20 | PAYPAL         DES:TRANSFER  ID:1011189308654  INDN:JAMES SAMATAS        CO ID:PAYPALSD11 PPD | 127.93 |
| 11/25/20 | Online Banking transfer from CHK 8265 Confirmation# 1532757982 | 100.00 |
| 12/11/20 | Online Banking transfer from CHK 8265 Confirmation# 1572052299 | 700.00 |
| 12/15/20 | Online Banking transfer from CHK 8265 Confirmation# 1307882396 | 100.00 |
| 12/17/20 | Online Banking transfer from CHK 8265 Confirmation# 3522490016 | 625.00 |
| 12/21/20 | Online Banking transfer from CHK 8265 Confirmation# 2558381906 | 150.00 |
| 12/22/20 | Online Banking transfer from CHK 8265 Confirmation# 3565742122 | 325.00 |
| **Total deposits and other additions** | | **$2,127.93** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/27/20 | PAYPAL   DES:INST XFER  ID:UBER EATS  INDN:JAMES SAMATAS        CO ID:PAYPALSI77   WEB | -87.11 |
| 11/27/20 | PAYPAL   DES:INST XFER  ID:UBER EATS  INDN:JAMES SAMATAS        CO ID:PAYPALSI77   WEB | -8.71 |
| 11/30/20 | PAYPAL   DES:INST XFER  ID:USPS  INDN:JAMES SAMATAS        CO ID:PAYPALSI77 WEB | -51.45 |

*continued on the next page*

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 12/07/20 | PAYPAL   DES:INST XFER ID:USPS INDN:JAMES SAMATAS   CO ID:PAYPALSI77 WEB | -17.90 |
| 12/08/20 | PAYPAL WEB   DES:INST XFER ID:NETFLIX.COM INDN:JAMES SAMATAS   CO ID:PAYPALSI77 | -12.99 |
| 12/10/20 | PAYPAL ID:PAYPALSI77 WEB   DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS   CO | -62.32 |
| 12/14/20 | DJI SERVICE LLC DES:IAT PMT ID:1011493959138 INDN:JAMES SAMATAS   CO ID:XXXXXXXXC IAT PMT INFO: WEB 000000000000070400 | -704.00 |
| 12/14/20 | PAYPAL WEB   DES:INST XFER ID:UBER EATS INDN:JAMES SAMATAS   CO ID:PAYPALSI77 | -50.25 |
| 12/14/20 | PAYPAL WEB   DES:INST XFER ID:UBER EATS INDN:JAMES SAMATAS   CO ID:PAYPALSI77 | -7.59 |
| 12/21/20 | PAYPAL ID:PAYPALSI77 WEB   DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS   CO | -62.16 |
| 12/21/20 | PAYPAL ID:PAYPALSI77 WEB   DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS   CO | -53.13 |

**Total other subtractions** **-$1,117.61**

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 12/21/20 | 101 | -224.00 |
| 12/21/20 | 102 | -500.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 11/20/20 | 1222* | -224.00 |

**Total checks** **-$948.00**
**Total # of checks** **3**

* There is a gap in sequential check numbers



PRIVATE BANK



# Your Wealth Management Adv Relationship Banking

**JAMES SAMATAS   NATOMA RENOVATIONS ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on November 20, 2020 | $100.53 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 22, 2020** | **$100.53** |



**BANK OF AMERICA**

PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

 1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JAMES SAMATAS
AGNIESZKA DRWAL
NATOMA MANAGEMENT ACCOUNT
9 NATOMA DR
OAK BROOK, IL  60523-7711

# Your Wealth Management Adv Relationship Banking

for December 1, 2020 to December 31, 2020                    Account number:         8945

**JAMES SAMATAS    AGNIESZKA DRWAL    NATOMA MANAGEMENT ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2020 | $11.02 |
| Deposits and other additions | 50.00 |
| ATM and debit card subtractions | -27.36 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2020** | **$33.66** |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

**BANK OF AMERICA** 

PRIVATE BANK
JAMES SAMATAS | Account # █████ 8945 | December 1, 2020 to December 31, 2020

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/04/20 | Online Banking transfer from CHK 8265 Confirmation# 5509406058 | 25.00 |
| 12/16/20 | Online Banking transfer from CHK 8265 Confirmation# 1216335640 | 25.00 |
| **Total deposits and other additions** | | **$50.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/04/20 | CHECKCARD 1203 POLISH DELICATESSEN INC GLENDALE HTS IL 24435650338200242900013 | -11.02 |
| 12/18/20 | CHECKCARD 1217 POLISH DELICATESSEN INC GLENDALE HTS IL 24435650353200242400014 | -16.34 |
| **Total ATM and debit card subtractions** | | **-$27.36** |


PRIVATE BANK

Account number: ████████1634

# Your Wealth Management Adv Relationship Banking

**JAMES SAMATAS     DEBTOR IN POSSESSION**

## Account summary

| | |
|---|---|
| Beginning balance on November 20, 2020 | $100.00 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 22, 2020** | **$100.00** |



Printed on: 2021-01-09 12:28:30

# Account Details

Checking-9351

## Available Now

$271.02

## On Deposit

$271.02

Information forCalifornia

## Transaction History — PERIOD Last 6 Months

## Results for: Jul 13, 2020 to Jan 9, 2021

| Date | Description | Debit | Credit | End-of-Day Balance |
|------|-------------|-------|--------|--------------------|
| Jul 22, 2020 | Check # 156 | -$400.00 | | $271.02 |
| Jul 15, 2020 | Check # 155 | -$500.00 | | $671.02 |

Account activity is provided for your information only and is subject to revisions. It is not a substitute for your periodic statement, which is the official record of your account.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

*SEE ATTACHMENT*

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

*James Samatas Revocable Trust # 8365*

stmt (5)

| Description | Summary Amt. |
|---|---|
| Beginning balance as of 12/01/2020 | 3007.83 |
| Total credits | 10000.00 |
| Total debits | -12958.44 |
| Ending balance as of 12/31/2020 | 49.39 |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 12/01/2020 | Beginning balance as of 12/01/2020 | | 3007.83 |
| 12/01/2020 | AMAZON.COM*VT1MZ4FX3 AM 11/30 PURCHASE AMZN.COM/BILL WA | -9.50 | 2998.33 |
| 12/02/2020 | AMAZON.COM*Q314E9IO3 AM 11/30 PURCHASE AMZN.COM/BILL WA | -8.23 | 2990.10 |
| 12/03/2020 | AMZN Mktp US*FI3DF2A23 12/01 PURCHASE Amzn.com/bill WA | -72.24 | 2917.86 |
| 12/03/2020 | VCA AURORA #393 12/02 PURCHASE 630-896-8541 IL | -148.00 | 2769.86 |
| 12/04/2020 | AMZN MKTP US*Z97PC7E33 12/03 PURCHASE AMZN.COM/BILL WA | -42.63 | 2727.23 |
| 12/04/2020 | Online Banking transfer to CHK 8945 Confirmation# 5509406058 | -25.00 | 2702.23 |
| 12/04/2020 | Online Banking transfer to CHK 1048 Confirmation# 6109408245 | -250.00 | 2452.23 |
| 12/04/2020 | BP#9178526PRID 12/04 PURCHASE HINSDALE IL | -168.88 | 2283.35 |
| 12/04/2020 | JEWEL OSCO 006 12/04 PURCHASE WESTMONT IL | -152.52 | 2130.83 |
| 12/04/2020 | PET SUPPLIES P 12/04 PURCHASE WESTMONT IL | -106.39 | 2024.44 |
| 12/07/2020 | COMCAST CHICAGO 12/03 PURCHASE 800-COMCAST IL | -109.75 | 1914.69 |
| 12/07/2020 | SCOOBYS 12/06 PURCHASE DOWNERS GROVE IL | -10.34 | 1904.35 |
| 12/08/2020 | Online Banking transfer from CHK 8257 Confirmation# 7543400924 | 4000.00 | 5904.35 |
| 12/08/2020 | Online Banking transfer from CHK 8257 Confirmation# 6344140603 | 2000.00 | 7904.35 |
| 12/08/2020 | GOOGLE*GOOGLE STORAGE 12/06 PURCHASE INTERNET CA | -1.99 | 7902.36 |
| 12/10/2020 | Online Banking transfer to CHK 1048 Confirmation# 3461605195 | -250.00 | 7652.36 |
| 12/11/2020 | AIGPAY PCS 12/09 PURCHASE 866-856-6855 NJ | -4649.04 | 3003.32 |
| 12/11/2020 | Online Banking transfer to CHK 8274 Confirmation# 1572052299 | -700.00 | 2303.32 |
| 12/14/2020 | JEWEL OSCO 006 12/12 PURCHASE WESTMONT IL | -181.08 | 2122.24 |
| 12/14/2020 | AMZN MKTP US*GF2WN2CA3 12/12 PURCHASE AMZN.COM/BILL WA | -91.36 | 2030.88 |
| 12/14/2020 | AMAZON.COM*1M9R53A43 AM 12/13 PURCHASE AMZN.COM/BILL WA | -13.80 | 2017.08 |
| 12/15/2020 | BP#9178526PRID 12/15 PURCHASE HINSDALE IL | -163.88 | 1853.20 |
| 12/15/2020 | Online Banking transfer to CHK 8274 Confirmation# 1307882396 | -100.00 | 1753.20 |
| 12/16/2020 | AMZN MKTP US*5N0NH9D53 12/15 PURCHASE AMZN.COM/BILL WA | -94.52 | 1658.68 |
| 12/16/2020 | AMZN MKTP US*2P7N44KI3 12/15 PURCHASE AMZN.COM/BILL WA | -91.36 | 1567.32 |
| 12/16/2020 | PAYPAL *PYPL PAYIN4 12/15 PURCHASE 888-221-1161 CA | -106.16 | 1461.16 |
| 12/16/2020 | Online Banking transfer to CHK 8945 Confirmation# 1216335640 | -25.00 | 1436.16 |
| 12/17/2020 | Online Banking transfer to CHK 8274 Confirmation# 3522490016 | -625.00 | 811.16 |
| 12/18/2020 | CA DMV FEE 12/16 PURCHASE 678-7315516 CA | -3.97 | 807.19 |
| 12/18/2020 | STATE OF CALIF DMV INT 12/16 PURCHASE 800-7770133 CA | -189.00 | 618.19 |
| 12/18/2020 | AMZN DIGITAL*R57QJ5093 12/17 PURCHASE 888-802-3080 WA | -3.99 | 614.20 |
| 12/21/2020 | VERIZONWRLSS*RTCCR VN 12/17 PURCHASE 800-922-0204 FL | -88.12 | 526.08 |
| 12/21/2020 | SPECTRUM 12/17 PURCHASE 855-707-7328 CA | -99.99 | 426.09 |
| 12/21/2020 | JEWEL OSCO 006 12/21 PURCHASE WESTMONT IL | -178.07 | 248.02 |
| 12/21/2020 | Online Banking transfer to CHK 8274 Confirmation# 2558381906 | -150.00 | 98.02 |
| 12/22/2020 | Online Banking transfer from CHK 8257 Confirmation# 3265672490 | 4000.00 | 4098.02 |

| 12/22/2020 | Online Banking transfer to CHK 1048 Confirmation# 3265675639 | -1500.00 | 2598.02 |
| 12/22/2020 | Online Banking transfer to CHK 1048 Confirmation# 3165686286 | -1000.00 | 1598.02 |
| 12/22/2020 | Online Banking transfer to CHK 8274 Confirmation# 3565742122 | -325.00 | 1273.02 |
| 12/24/2020 | BP#9178526PRID 12/24 PURCHASE HINSDALE IL | -179.68 | 1093.34 |
| 12/24/2020 | THE STANDARD M 12/24 PURCHASE WESTMONT IL | -103.41 | 989.93 |
| 12/28/2020 | Online Banking transfer to CHK 8274 Confirmation# 1200023929 | -250.00 | 739.93 |
| 12/28/2020 | PET SUPPLIES P 12/28 PURCHASE WESTMONT IL | -120.35 | 619.58 |
| 12/28/2020 | OFFICE DEPOT 0 12/28 PURCHASE DOWNERS GROVE IL | -16.62 | 602.96 |
| 12/29/2020 | JEWEL OSCO 006 12/29 PURCHASE WESTMONT IL | -131.76 | 471.20 |
| 12/29/2020 | TOBACCO OUTLET 12/29 PURCHASE WESTMONT IL | -6.44 | 464.76 |
| 12/29/2020 | WALGREENS STOR 12/29 PURCHASE WESTMONT IL | -16.33 | 448.43 |
| 12/30/2020 | AUCTIONSNIPER.COM 12/29 PURCHASE 530-892-9191 CA | -3.44 | 444.99 |
| 12/30/2020 | PAYPAL *PYPL PAYIN4 12/29 PURCHASE 888-221-1161 CA | -106.16 | 338.83 |
| 12/30/2020 | Online Banking transfer to CHK 8274 Confirmation# 3236642842 | -250.00 | 88.83 |
| 12/31/2020 | AMAZON.COM*VY9GT5RN3 AM 12/29 PURCHASE AMZN.COM/BILL WA | -15.11 | 73.72 |
| 12/31/2020 | AMZN MKTP US*FL4Z567O3 12/29 PURCHASE AMZN.COM/BILL WA | -24.33 | 49.39 |

NATOMA EXPENSE  # 8274

stmt (12)

| Description | | | Summary Amt. | |
|---|---|---|---|---|
| Beginning balance as of 12/01/2020 | | | 186.70 | |
| Total credits | | | 2400.00 | |
| Total debits | | | -2223.89 | |
| Ending balance as of 12/31/2020 | | | 362.81 | |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 12/01/2020 | Beginning balance as of 12/01/2020 | | 186.70 |
| 12/07/2020 | PAYPAL DES:INST XFER ID:USPS INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -17.90 | 168.80 |
| 12/08/2020 | PAYPAL DES:INST XFER ID:NETFLIX.COM INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -12.99 | 155.81 |
| 12/10/2020 | PAYPAL DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -62.32 | 93.49 |
| 12/11/2020 | Online Banking transfer to CHK 8265 Confirmation# 1572052299 | -700.00 | 793.49 |
| 12/14/2020 | DJI SERVICE LLC DES:IAT PAYPAL ID:XXXXX93959138 INDN:JAMES SAMATAS CO ID:XXXXX0487C IAT PMT INFO: WEB 000000000000070400 | -704.00 | 89.49 |
| 12/14/2020 | PAYPAL DES:INST XFER ID:UBER EATS INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -50.25 | 39.24 |
| 12/14/2020 | PAYPAL DES:INST XFER ID:UBER EATS INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -7.59 | 31.65 |
| 12/15/2020 | Online Banking transfer from CHK 8265 Confirmation# 1307882396 | 100.00 | 131.65 |
| 12/17/2020 | Online Banking transfer from CHK 8265 Confirmation# 3522490016 | 625.00 | 756.65 |
| 12/21/2020 | Online Banking transfer from CHK 8265 Confirmation# 2558381906 | 150.00 | 906.65 |
| 12/21/2020 | Check 101  HOUSEKEEPER | -224.00 | 682.65 |
| 12/21/2020 | Check 102  HOUSEKEEPER | -500.00 | 182.65 |
| 12/21/2020 | PAYPAL DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -62.16 | 120.49 |
| 12/21/2020 | PAYPAL DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -53.13 | 67.36 |
| 12/22/2020 | Online Banking transfer from CHK 8265 Confirmation# 3555742122 | 325.00 | 392.36 |
| 12/23/2020 | PAYPAL DES:INST XFER ID:EBAY 800-456-32 INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -41.44 | 350.92 |
| 12/28/2020 | Online Banking transfer from CHK 8265 Confirmation# 1200023929 | 250.00 | 600.92 |
| 12/28/2020 | PAYPAL DES:INST XFER ID:BEAUTIFULRO EBA INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -139.13 | 461.79 |
| 12/29/2020 | PAYPAL DES:INST XFER ID:FINCH FARM INDN:JAMES SAMATAS CO ID:PAYPALSI77 WEB | -23.98 | 437.81 |
| 12/30/2020 | Online Banking transfer from CHK 8265 Confirmation# 3236642842 | 250.00 | 687.81 |
| 12/30/2020 | Check 104  US TRUSTEE | -325.00 | 362.81 |

1

*NATOMA MANAGEMENT   # 8945*

stmt (20)

| Description | Summary Amt. |
|---|---|
| Beginning balance as of 12/01/2020 | 11.02 |
| Total credits | 50.00 |
| Total debits | -27.36 |
| Ending balance as of 12/31/2020 | 33.66 |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 12/01/2020 | Beginning balance as of 12/01/2020 | | 11.02 |
| 12/04/2020 | Online Banking transfer from CHK 8265 Confirmation# 5509406058 | 25.00 | 36.02 |
| 12/04/2020 | POLISH DELICATESSEN INC 12/03 PURCHASE GLENDALE HTS IL | -11.02 | 25.00 |
| 12/16/2020 | Online Banking transfer from CHK 8265 Confirmation# 1216335640 | 25.00 | 50.00 |
| 12/18/2020 | POLISH DELICATESSEN INC 12/17 PURCHASE GLENDALE HTS IL | -16.34 | 33.66 |

*TANAGER EXPENSE # 1048*

stmt (16)

| Description | Summary Amt. |
|---|---|
| Beginning balance as of 12/01/2020 | 101.95 |
| Total credits | 3000.00 |
| Total debits | -2516.50 |
| Ending balance as of 12/31/2020 | 585.45 |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 12/01/2020 | Beginning balance as of 12/01/2020 | | 101.95 |
| 12/04/2020 | Online Banking transfer from CHK 8265 Confirmation# 6109408245 | 250.00 | 351.95 |
| 12/07/2020 | Check 1556 *HOUSEKEEPER* | -224.00 | 127.95 |
| 12/10/2020 | Online Banking transfer from CHK 8265 Confirmation# 3461605195 | 250.00 | 377.95 |
| 12/11/2020 | Check 1557 *MARY KELLER/REPAIR* | -68.50 | 309.45 |
| 12/11/2020 | Check 1558 *HOUSEKEEPER* | -224.00 | 85.45 |
| 12/22/2020 | Online Banking transfer from CHK 8265 Confirmation# 3265675639 | 1500.00 | 1585.45 |
| 12/22/2020 | Online Banking transfer from CHK 8265 Confirmation# 3165686286 | 1000.00 | 2585.45 |
| 12/30/2020 | FERNANDO MARTINEZ POOL & SPA Bill Payment | -1000.00 | 1585.45 |
| 12/30/2020 | DAMIAN JUAREZ Bill Payment | -1000.00 | 585.45 |

1

MONTHLY OPERATING REPORT - INDIVIDUAL

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\* | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| COMMONWEAT ETISON | | | |
| NICOR | | | |
| LAPTOP | | | |
| So. CAL GAS | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |

## U. S. TRUSTEE QUARTERLY FEE STATEMENT
### Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: __In Re: James Samatas__    CASE NO.: __20-17355__

FOR CALENDAR QUARTER ENDING __December 31, 2020__, 20▮

### DISBURSEMENTS*

1.         MONTH                                    DISBURSEMENTS

October                              $   7,589.00

November                          $   16,711.00

December                          $   12,276.00

          TOTAL DISBURSEMENTS
          FOR QUARTER              $   36,576.00


2.   QUARTERLY FEE OWED PURSUANT TO      $      650.00
     28 U.S.C. § 1930(A)(6)

3.   QUARTERLY FEE PAID                  $       0.00
     (Attach proof of payment)

4.   AMOUNT OF UNPAID FEES (IF ANY)      $      650.00


I, __James Samatas__ acting as the duly authorized agent
for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under
the laws of the United States that I have read and certify that the figures, statements, disbursement
itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and
correct as of the date of this report to the best of my knowledge, information and belief.

DATED: __January 17, 2021__        _____
                                   For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and        James Samatas
capacity of person signing
this Declaration).             Debtor

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other
disbursements.

### EXHIBIT "D"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____ James Samatas _____, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

James Samatas
_____

_____

DATED: _____ January 17, 2021 _____

OPERATING REPORT Page 9