# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 20-17355 |
| JAMES SAMATAS, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | | |

**NOTICE OF OBJECTION TO MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE PURSUANT TO 11 U.S.C. 1112(b) (RECOMMENDING CONVERSION)**

PLEASE TAKE NOTICE THAT Debtor, James Samatas ("Debtor"), by his attorneys, Ariel Weissberg and the law offices of Weissberg and Associates, Ltd., objects to the *United States Trustee's Motion To Convert Or Dismiss Case Pursuant To 11 U.S.C. 1112(b) (Recommending Conversion)*, filed by the United States Trustee (Dkt. No. 33) which is set for presentation on January 25, 2021 at 10:00 a.m. and requests that it be called for presentment.

**JAMES SAMATAS,** Debtor


By:   /s/ Ariel Weissberg
    One of his attorneys


Ariel Weissberg, Esq. (Attorney No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph St., 2nd Floor
Chicago, Illinois  60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

## **CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on January 20, 2021, I caused to be served **UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE PURSUANT TO 11 U.S.C. 1112(b) (RECOMMENDING CONVERSION)** to be filed electronically. Notice of this filing was sent to all parties registered with the court's ECF electronic transmission, including to the following parties:

Patrick S. Layng, Esq.
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, IL 60604-2027
Email: patrick.layng@usdoj.gov

David Holtkamp, Esq.
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, IL 60604-2027
Email: David.Holtkamp@usdoj.gov

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Email: eric.goldberg@us.dlapiper.com
*(Counsel for Carlye Goldberg Samatas)*

Gina Krol, Esq.
Cohen & Krol
105 W. Madison Street - Suite 1100
Chicago, IL 60602
Email: Gkrol@CohenAndKrol.com
*(Counsel for West Suburban Bank)*

Umair M. Malik, Esq.
Sarah E. Barngrover, Esq.
Adam B. Hall, Esq.
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
Email: ummalik@manleydeas.com; sebarngrover@manleydeas.com; abhall@manleydeas.com
*(Counsel for Bank of America, N.A. and JPMorgan Chase Bank, N.A.)*

Timothy R. Herman, Esq.
Gordon & Rees Scully Mansukhani
One North Franklin, Suite 800
Chicago, IL 60606
Email: therman@grsm.com
*(Counsel for Cohen & Lord P.C.)*

          /s/ Ariel Weissberg
          Ariel Weissberg