UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-17355
JAMES SAMATAS )
) Chapter: 11
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING COHEN & LORD P.C.'s MOTION TO JOIN THE MOTION
OF CARLYE GOLDBERG SAMATAS TO CONVERT CASE TO CHAPTER 7 [DKT NO. 36]**

This matter came before the Court on Cohen & Lord P.C.'s Motion to Join the Motion of Carlye Goldberg Samatas to Convert Case to Chapter 7 [Dkt No. 36] (the "Motion"), due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 25, 2021

**Prepared by:**

Timothy R. Herman
Gordon & Rees Scully Mansukhani
One North Franklin, Suite 800
Chicago, Illinois 60606
Telephone: (312) 980-6780
Email: therman@grsm.com