# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 20-17355 |
| JAMES SAMATAS, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | | |

## NOTICE OF WITHDRAWAL OF NOTICE OF OBJECTION TO MOTION OF COHEN & LORD, P.C. TO JOIN THE MOTION OF CARLYE GOLDBERG SAMATAS TO CONVERT CASE TO CHAPTER 7

NOW COMES Creditor, Wolf Wallenstein, PC f/k/a Wolf Wallenstein & Abrams, PC, and hereby withdraws Notice of Objection to Motion Of Cohen & Lord, P.C. to Join The Motion of Carlye Goldberg Samatas to Convert Case to Chapter 7 filed on January 22, 2021 (Dkt. No. 68).

DATED: Jan. 26, 2021

**WOLF WALLENSTEIN, PC**

By: _____
Ellen K. Wolf, CEO

Ellen K. Wolf, Esq.
Wolf Wallenstein PC
11400 W. Olympic Blvd.,
Suite 700
Los Angeles, CA 90064
Tel. 310-622-1000
Email: EWolf@wolfwallenstein.com