**Fill in this information to identify the case:**

Debtor Name  James Samatas

United States Bankruptcy Court for the: Northern  District of Illinois
(State)

Case number: 20-17355

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 11/30/20 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Omni Partners | One-Third | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   James Samatas

Case number   20-17355

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

James Samatas
Printed name of Authorized Individual

Date   January 23, 2021
MM / DD / YYYY

**For individual Debtors:**

✗ _____
Signature of Debtor 1

_____
Printed name of Debtor 1

Date _____
MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM / DD / YYYY

Debtor Name    James Samatas                                    Case number    20-17355

**Exhibit A: Financial Statements for Omni Partners**

**SSee attached**

| Debtor Name | James Samatas | Case number | 20-17355 |
|---|---|---|---|

**Exhibit A-1: Balance Sheet for Omni Partners as of 11/30/2020**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**See Attached**

Debtor Name    James Samatas                                            Case number    20-17355

---

**Exhibit A-2: Statement of Income (*Loss*) for Omni Partners as of 11/30/2020**

---

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**See Attached**

| Debtor Name | James Samatas | Case number | 20-17355 |
|---|---|---|---|

---

**Exhibit A-3: Statement of Cash Flows for Omni Partners as of 11/30/2020**

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**None**

Debtor Name _____ James Samatas _____    Case number ___ 20-17355 _____

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Omni Partners
for period ending 11/30/20**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
    the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**None**

| Debtor Name | James Samatas | Case number | 20-17355 |
|---|---|---|---|

**Exhibit B: Description of Operations for Omni Partners**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]


 Omni Partners is an Illinois General Partnership owned by three individuals. The only interest it retains is a 33,000 square foot commercial/retail strip center in Lombard, Illinois. Leases are in place with a number of tenants, however, market conditions remain challenging for further leasing.

Debtor Name    James Samatas                                    Case number    20-17355

---

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**None**

Debtor Name   James Samatas                                    Case number   20-17355

---

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**There are no such agreements**

# KEY INVESTMENT
## & Management Inc.

Real Estate
Brokerage
Leasing
Management

## OMNI PARTNERS

## INCOME STATEMENT
### Period Ending November 30, 2020

| INCOME | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| Rental Income | 21,708.30 | 180,335.17 |
| Reimbursed Build-out | 0.00 | 7,480.00 |
| Reimbursed CAM | 5,767.60 | 31,321.33 |
| Reimbursed Real Estate Taxes | 7,048.97 | 38,040.33 |
| Reimbursed Insurance | 0.00 | 2.00 |
| Administrative Fee | 5.00 | 256.24 |
| Tenant Late Fees (Collected) | 0.00 | 400.00 |
| Tenant NSF Fees (Collected) | 0.00 | 50.00 |
| Reimbursed Water & Sewer | 0.00 | 350.55 |
| Reimbursed Gas | 299.94 | 4,334.30 |
| Reimbursed Electric | 0.00 | 1,616.81 |
| Reim. for Merch. & Materi | 1,000.00 | 1,000.00 |
| **TOTAL INCOME** | **$35,829.81** | **$265,186.73** |
| **CAM EXPENSES** | | |
| Alarm | 255.00 | 2,184.59 |
| Landscaping | 0.00 | 2,580.34 |
| Property Management | 1,553.13 | 16,598.22 |
| Administrative Fee | 10.00 | 20.00 |
| Electric | 306.40 | 2,862.14 |
| Gas | 0.00 | 256.74 |
| Sewer & Water | 29.85 | 58.95 |
| Refuse | 0.00 | 4,249.41 |
| Roof Repair | 0.00 | 200.00 |
| Snow Removal | 0.00 | 9,625.00 |
| Exterminator | 0.00 | 285.00 |
| Repairs & Maintenance | 87.50 | 4,007.60 |
| Exterior Repairs & Maintenance | 0.00 | 1,380.00 |
| Property Insurance | 0.00 | 6,226.00 |
| Real Estate Taxes | 0.00 | 46,572.41 |
| R.E. Tax Protest Fee (Attorney) | 0.00 | 2,314.76 |
| **TOTAL CAM EXPENSES** | **$2,241.88** | **$99,421.16** |
| **OPERATING EXPENSES** | | |
| Leasing Commissions | 2,588.58 | 25,222.59 |
| Tenant Late Fees (Paid to Key) | 0.00 | 500.00 |
| Administrative Fees | 0.00 | 241.66 |

www.key-investment.com

1 South Highland Ave., Suite 2W, Lombard, IL 60148    Office: 630.932.5757  Fax: 630.932.5755

*Integrating real estate investment and property management for over 30 years.*



# OMNI PARTNERS

## INCOME STATEMENT
### Period Ending November 30, 2020

|  | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| Window/Door Repair/Cleaning | 500.00 | 1,000.00 |
| Repairs & Maintenance | 50.00 | 1,005.50 |
| HVAC Repair & Maintenance | 0.00 | 1,876.50 |
| Bank Charges | 7.17 | 56.10 |
| Accounting Fees | 0.00 | 9,600.00 |
| Legal Fees | 0.00 | 3,318.00 |
| Ads, Licenses, Permits | 275.00 | 489.24 |
| Signage | 7,000.00 | 7,000.00 |
| Vacant Unit Utilities | 149.03 | 4,009.13 |
| Merchandise and Material | 0.00 | 127.49 |
| Supplies | 0.00 | 112.61 |
| Reimbursable Utilities | 203.74 | 4,347.19 |
| Tenant Improvement | 1,685.00 | 4,539.51 |
| New Tenant Build Out | 8,950.00 | 30,597.16 |
| **TOTAL OPERATING EXPENSES** | $23,808.52 | $97,255.18 |
| **TOTAL EXPENSES** | $26,050.40 | $196,676.34 |
| **NET OPERATING INCOME** | $9,779.41 | $68,510.39 |
| **DEBT SERVICE** | | |
| PRINCIPAL | 0.00 | 36,435.60 |
| INTEREST | 0.00 | 12,314.88 |
| Theta Financial Interest | 0.00 | 673.14 |
| **CASH FLOW** | $9,779.41 | $19,086.77 |

# OMNI PARTNERS

## BALANCE SHEET
## As of November 30, 2020

### ASSETS

| | | |
|---|---|---|
| CHECKING ACCOUNT | $33,451.62 | |
| UTILITY DEPOSITS | 23.33 | |
| **TOTAL ASSETS** | | $33,474.95 |

### LIABILITIES

| | |
|---|---|
| SECURITY DEPOSITS | 41,648.31 |
| **TOTAL LIABILITIES** | 41,648.31 |

### OWNER'S EQUITY

| | |
|---|---|
| CONTRIBUTIONS FROM OWNER | 367,648.45 |
| CURRENT RETAINED EARNING | 19,086.77 |
| RETAINED EARNINGS | (394,908.58) |
| **TOTAL EQUITY** | (8,173.36) |

| | |
|---|---|
| **TOTAL LIABILITY & EQUITY** | $33,474.95 |

12/8/2020
User: DESK1

Key Document & Page of 27 Inc.

9:26:40AM
Page 1 of 2

## AP Expense Distribution

**1300 - Omni Partners**
**For Cash Account : All**
**From 11/1/2020 To 11/30/2020**

| Vchr | Vendor | Description | Invoice No. | Check No. | Amount | Account Total |
|------|--------|-------------|-------------|-----------|--------|---------------|
| **7014-0000  Alarm** | | | | | | |
| 01039 | JOHCO - Johnson Controls Security | ALARM 12/01/20-2/28/21 | 35072042 | 000501 | 255.00 | 255.00 |
| **7025-0000  Property Management** | | | | | | |
| 01024 | KEY  - KEY INVESTMENT & MGMT | October Balance Management | OCTBAL | 000491 | 53.13 | |
| 01026 | KEY  - KEY INVESTMENT & MGMT | November Minimum Management | NOVMIN | 000491 | 1,500.00 | 1,553.13 |
| **7027-0000  Administrative Fee** | | | | | | |
| 01025 | KEY  - KEY INVESTMENT & MGMT | October Admin fee | OCTADMN | 000491 | 10.00 | 10.00 |
| **7030-0000  Electric** | | | | | | |
| 01040 | COMED - COMMONWEALTH EDISON | COMED PUBLIC 10/01-11/02 | 230087490 | 000500 | 306.40 | 306.40 |
| **7035-0000  Sewer & Water** | | | | | | |
| 01032 | VILLO - VILLAGE OF LOMBARD | 9/2/20-10/06/20 Common Water Sewe | 54331659 | 000499 | 29.85 | 29.85 |
| **7060-0000  Repairs & Maintenance** | | | | | | |
| 01023 | MARKA - Mark Kane | Grarbage clean up | 10292020 | 000493 | 62.50 | |
| 01041 | MARKA - Mark Kane | Mark Kane Dumbster cleaning | 11132020 | 000503 | 25.00 | 87.50 |
| **8010-0000  Leasing Commissions** | | | | | | |
| 01021 | GLECA - GLENLAKE CAPITAL PARTNERS | Lombard Animal Hospital Commissio | 457(2nd) | 000490 | 2,588.58 | 2,588.58 |
| **8036-1000  Window/Door Repair/Cleaning** | | | | | | |
| 01038 | FISWI - Fish Window Cleaning | Window Cleaning | 2674-44079 | 000497 | 500.00 | 500.00 |
| **8042-0000  Repairs & Maintenance** | | | | | | |
| 01046 | STENO - Steve Norton | Remove Metal sign pole base behind l | 11052020 | 000507 | 50.00 | 50.00 |
| **8058-0000  Architect** | | | | | | |
| 01022 | LEAAR - Leader Architects, LTD | Unit J Permit Drawings | 20-127 | 000492 | 1,400.00 | |
| 01043 | RANPR - RANDY B . PRUYN, MCARB,AL | UNIT C Architects drawings | 2015-002 | 000505 | 1,000.00 | 2,400.00 |
| **8065-0000  Ads, Licenses, Permits** | | | | | | |
| 01027 | WESSU - West Suburban Bank | Omni Loan documents exec. 94152 | 94152 | 000494 | 50.00 | |
| 01028 | WESSU - West Suburban Bank | Loan Modification docs . 94514 | 94514 | 000494 | 50.00 | |
| 01029 | WESSU - West Suburban Bank | 95869/96305/96357 combined loan ex | 95869/9630! | 000494 | 175.00 | 275.00 |
| **8066-0000  Signage** | | | | | | |
| 01045 | BRISI - Bright Signs & Awnings IN | Partial Payment retrofit sign | 102119D | 000506 | 7,000.00 | 7,000.00 |
| **8070-0000  Vacant Unit Utilities** | | | | | | |
| 01031 | VILLO - VILLAGE OF LOMBARD | Unit B Vacant Water 9/2/20-10/6/20 | 54142160 | 000499 | 14.55 | |
| 01034 | COMED - COMMONWEALTH EDISON | Unit R Comed 10/01/20-11/02/20 | 230151459 | 000496 | 60.28 | |
| 01035 | COMED - COMMONWEALTH EDISON | Unit G Comed 10/01/20-11/02/20 | 230087148 | 000496 | 38.29 | |
| 01036 | COMED - COMMONWEALTH EDISON | Vacant Unit F 10/01/20-11/02/20 | 230087146 | 000496 | 35.91 | 149.03 |
| **8190-0000  Reimbursable Utilities** | | | | | | |
| 01033 | VILLO - VILLAGE OF LOMBARD | Unit P&Q Water Sewer 9/2/20-10/06/ | 54376895 | 000499 | 152.25 | |
| 01042 | NICOR - Nicor Gas | 1300-O NicorGas | 4251821 | 000504 | 51.49 | 203.74 |
| **8215-0000  Tenant Improvement** | | | | | | |
| 01044 | CWBUR - C. W. Burns Co., Inc. | Unit C Plumbing work for Mop Sink l | 1368-01 | 000502 | 1,685.00 | 1,685.00 |
| **8223-0000  New Tenant Build Out** | | | | | | |
| 01030 | NORRE - Northwest Renovations LLC | VIP Tax Build out walls | 10262020 | 000495 | 2,950.00 | |
| 01037 | RLCME - RLC Mechanical Corp | Unit J Plumber 1st payment | 110220 J | 000498 | 6,000.00 | 8,950.00 |
| | | | | **Distribution Total** | | **26,043.23** |

### Account Summary

| Account | Account Description | Debit | Credit |
|---------|---------------------|-------|--------|

12/8/2020
User: DESK1

**Key Investment & Management Inc.**

9:26:40AM
Page 2 of 2

## AP Expense Distribution

### 1300 - Omni Partners
### For Cash Account : All
### From 11/1/2020 To 11/30/2020

### Account Summary

| Account | Account Description | Debit | Credit |
|---|---|---|---|
| 7014-0000 | Alarm | 255.00 | |
| 7025-0000 | Property Management | 1,553.13 | |
| 7027-0000 | Administrative Fee | 10.00 | |
| 7030-0000 | Electric | 306.40 | |
| 7035-0000 | Sewer & Water | 29.85 | |
| 7060-0000 | Repairs & Maintenance | 87.50 | |
| 8010-0000 | Leasing Commissions | 2,588.58 | |
| 8036-1000 | Window/Door Repair/Cleaning | 500.00 | |
| 8042-0000 | Repairs & Maintenance | 50.00 | |
| 8058-0000 | Architect | 2,400.00 | |
| 8065-0000 | Ads, Licenses, Permits | 275.00 | |
| 8066-0000 | Signage | 7,000.00 | |
| 8070-0000 | Vacant Unit Utilities | 149.03 | |
| 8190-0000 | Reimbursable Utilities | 203.74 | |
| 8215-0000 | Tenant Improvement | 1,685.00 | |
| 8223-0000 | New Tenant Build Out | 8,950.00 | |
| 1010-0000 | | | 26,043.23 |
| | | 26,043.23 | 26,043.23 |

12/3/2020
User: DESK1

**Key Investment & Management Inc.**

2:31:59PM
Page 8 of 15

## Rent Roll Report

### Property : Omni Plaza

| Unit Reference Number | Occupant Name | Monthly Rent | Square Feet | Rent Per Square Feet | Lease Starting Date | Lease Exp Date | Deposits Held |
|---|---|---|---|---|---|---|---|
| 1300-A | Hakeem Enterprises, Inc. | 1,552.24 | 1,160 | 16.06/yr 1.34/mth | 10/19/2018 | 2/28/2022 | 2,000.00 |
| 1300-B | VACANT | 840.00 | 840 | 12.00/yr 1.00/mth | | | 0.00 |
| 1300-C | VIP TAXES & ACCOUNTING INC. | 1,240.00 | 1,240 | 12.00/yr 1.00/mth | 8/11/2020 | 10/31/2025 | 1,731.87 |
| 1300-D | LOMBARD ANIMAL HOSPITAL | 0.00 | 0 | 0.00/yr 0.00/mth | 9/17/2020 | 9/30/2022 | 0.00 |
| 1300-E | LOMBARD ANIMAL HOSPITAL | 0.00 | 0 | 0.00/yr 0.00/mth | 9/17/2020 | 9/30/2022 | 0.00 |
| 1300-F | Primerica | 1,450.00 | 1,100 | 15.82/yr 1.32/mth | 2/01/2020 | 1/31/2025 | 2,056.99 |
| 1300-G | VACANT | 2,100.00 | 2,100 | 12.00/yr 1.00/mth | | | 0.00 |
| 1300-H | VACANT | 1,600.00 | 1,600 | 12.00/yr 1.00/mth | | | 0.00 |
| 1300-I | Just A Cut Barber Lounge Inc. | 1,785.33 | 1,600 | 13.39/yr 1.12/mth | 5/16/2019 | 7/31/2022 | 5,037.78 |
| 1300-J | New Hope Tattoo | 1,600.00 | 1,600 | 12.00/yr 1.00/mth | 8/25/2020 | | 2,168.00 |
| 1300-K | Jab Fitness | 2,933.33 | 6,400 | 5.50/yr 0.46/mth | 11/21/2019 | 1/31/2023 | 6,016.00 |
| 1300-L | Jab Fitness | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |
| 1300-M | Jab Fitness | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |
| 1300-N | Jab Fitness | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |
| 1300-O | Dental Office | 2,100.00 | 1,600 | 15.75/yr 1.31/mth | 5/01/2016 | 4/30/2021 | 1,600.00 |
| 1300-OFFICE | LOMBARD ANIMAL HOSPITAL | 6,691.67 | 7,300 | 11.00/yr 0.92/mth | 9/17/2020 | 9/30/2022 | 6,691.67 |
| 1300-P | JD Strength | 2,400.00 | 3,200 | 9.00/yr 0.75/mth | 6/26/2016 | 2/28/2021 | 2,400.00 |
| 1300-Q | JD Strength | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |
| 1300-R | VACANT | 1,600.00 | 1,600 | 12.00/yr 1.00/mth | | | 0.00 |
| 1300-S | Crossfit Alpha Dog | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |
| 1300-T | Crossfit Alpha Dog | 4,000.00 | 6,400 | 7.50/yr 0.63/mth | 10/01/2014 | 5/31/2022 | 2,333.50 |
| 1300-U | Crossfit Alpha Dog | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |
| 1300-V | Crossfit Alpha Dog | 0.00 | 0 | 0.00/yr 0.00/mth | | | 0.00 |

12/3/2020
User: DESK1

Key Investment & Management Inc.

2:31:59PM
Page 9 of 15

## Rent Roll Report

**Property : Omni Plaza**

| Unit Reference Number | Occupant Name | Monthly Rent | Square Feet | Rent Per Square Feet | Lease Starting Date | Lease Exp Date | Deposits Held |
|---|---|---|---|---|---|---|---|

**PROPERTY TOTALS :**

| | | _____Percentage of Occupied Units_____ | |
|---|---|---|---|
| Total Occupied Rents | 25,752.57 | Total Occupied Units | 19 |
| Total Vacant Rents | 6,140.00 | Total Vacant Units | 4 |
| Total Gross Rents | 31,892.57 | Total Units | 23 |
| Total Square Footage | 37,740 | Percentage Occupied | 83% |
| Average Rent/Sq. Ft. /Yr. | 10.14 | _____ Percentage of Occupied Sq. Feet _ | |
| Average Rent/Sq. Ft. /Mth | 0.85 | Total Occupied Sq. Feet | 31,600 |
| Total Security Deposits | 32,035.81 | Total Vacant Sq. Feet | 6,140 |
| | | Total Square Footage | 37,740 |
| | | Percentage Occupied | 84% |

12/3/2020
User:  DESK1

Key Investment & Management Inc.

**Delinquency / Aging Report
(Summarized)**

2:17:47PM
Page 8 of 14

Property :  Omni Plaza
1300        Lombard, IL 60148

as of 11/30/2020

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | A | Hakeem Enterprises, Inc. | 2,000.00 | 0.24 | 100.24 | | | (100.00) |
| CURR | F | Primerica | 2,056.99 | 16,693.01 | 1,875.00 | 1,875.00 | 1,875.00 | 11,068.01 |
| CURR | I | Just A Cut Barber Lounge Inc. | 5,037.78 | 2,881.06 | 2,465.33 | 464.33 | | (48.60) |
| CURR | K | Jab Fitness | 6,016.00 | 17,555.00 | 5,653.33 | 5,653.33 | 5,653.33 | 595.01 |
| CURR | O | Dental Office | 1,600.00 | 56.49 | 56.49 | | | |
| CURR | T | Crossfit Alpha Dog | 2,333.50 | 8,200.00 | 4,000.00 | 4,000.00 | 200.00 | |
| **PROPERTY TOTALS** | | | 19,044.27 | 45,385.80 | 14,150.39 | 11,992.66 | 7,728.33 | 11,514.42 |

# KEY INVESTMENT
& Management Inc.

Real Estate
Brokerage
Leasing
Management

## OMNI PARTNERS

## INCOME STATEMENT
### Period Ending December 31, 2019

|  | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| **INCOME** | | |
| Rental Income | 15,034.25 | 138,314.03 |
| Reimbursed CAM | 2,251.00 | 21,579.33 |
| Reimbursed Legal Fees | 0.00 | 65.00 |
| Reimbursed Real Estate Taxes | 2,593.97 | 21,194.34 |
| Sale of Tenant Equipment | 0.00 | 700.00 |
| Administrative Fee | 15.61 | 15.61 |
| Tenant Late Fees (Collected) | 0.00 | 607.32 |
| Reimbursed Water & Sewer | 0.00 | 111.89 |
| Reimbursed Gas | 1,650.50 | 4,825.52 |
| Reimbursed Repairs | 0.00 | 707.52 |
| **TOTAL INCOME** | **$21,545.33** | **$188,120.56** |
| **CAM EXPENSES** | | |
| Janitorial | 0.00 | 1,083.23 |
| Alarm | 255.00 | 5,191.47 |
| Landscaping | 408.00 | 6,040.71 |
| Property Management | 1,500.00 | 16,500.00 |
| Electric | 2,042.91 | 5,484.53 |
| Gas | 0.00 | 1,761.19 |
| Sewer & Water | 0.00 | 18.80 |
| Refuse | 451.35 | 7,024.39 |
| Roof Repair | 0.00 | 878.40 |
| Snow Removal | 2,350.00 | 7,020.00 |
| Exterminator | 57.00 | 627.00 |
| Repairs & Maintenance | 0.00 | 4,323.65 |
| Exterior Repairs & Maintenance | 0.00 | 14,073.10 |
| HVAC Repair & Maintenance | 0.00 | 764.18 |
| Property Insurance | 833.40 | 10,572.90 |
| Real Estate Taxes | 0.00 | 97,745.92 |
| R.E. Tax Protest Fee (Attorney) | 0.00 | 775.83 |
| **TOTAL CAM EXPENSES** | **$7,897.66** | **$179,885.30** |
| **OPERATING EXPENSES** | | |
| Leasing Commissions | 4,436.38 | 37,739.49 |
| Tenant Late Fees (Paid to Key) | 100.00 | 540.93 |
| Window/Door Replacement | 0.00 | 389.52 |
| Window/Door Repair/Cleaning | 0.00 | 1,318.00 |

www.key-investment.com





**KEY** INVESTMENT
*& Management Inc.*

Real Estate
Brokerage
Leasing
Management

## OMNI PARTNERS

### INCOME STATEMENT
### Period Ending December 31, 2019

| | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| Repairs & Maintenance | 950.00 | 30,602.12 |
| HVAC Repair & Maintenance | 0.00 | 1,084.95 |
| Parking Lot Repair | 0.00 | 2,825.00 |
| Bank Charges | 0.00 | 3,467.89 |
| Refinance Charges | 0.00 | 814.00 |
| Accounting Fees | 3,600.00 | 7,645.00 |
| Legal Fees | 785.00 | 1,750.00 |
| Ads, Licenses, Permits | 0.00 | 554.65 |
| Signage | 0.00 | 2,445.00 |
| Vacant Unit Utilities | 756.33 | 16,752.02 |
| Merchandise and Material | 202.71 | 1,926.19 |
| Supplies | 0.00 | 2,975.50 |
| Reimbursable Utilities | 1,157.70 | 5,205.05 |
| Water & Sewer | 83.04 | 409.81 |
| Tenant Improvement | 0.00 | 4,568.00 |
| | | |
| **TOTAL OPERATING EXPENSES** | $12,071.16 | $124,393.12 |
| | | |
| **TOTAL EXPENSES** | $19,968.82 | $304,278.42 |
| **NET OPERATING INCOME** | $1,576.51 | ($116,157.86) |
| **DEBT SERVICE** | | |
| PRINCIPAL | 12,351.80 | 57,526.93 |
| INTEREST | 12,023.44 | 80,231.42 |
| Theta Financial Interest | 231.86 | 2,961.82 |
| | | |
| **CASH FLOW** | ($23,030.59) | ($256,878.03) |

363 S. Highland Ave, Suite 2W, Lombard, IL 60148    Call
*Integrating real estate investment and business assets.*

# OMNI PARTNERS

## BALANCE SHEET
### As of December 31, 2019

### ASSETS

| | | |
|---|---|---|
| CHECKING ACCOUNT | ($3,731.06) | |
| **TOTAL ASSETS** | | ($3,731.06) |

### LIABILITIES

| | |
|---|---|
| SECURITY DEPOSITS | 40,570.52 |
| **TOTAL LIABILITIES** | 40,570.52 |

### OWNER'S EQUITY

| | | |
|---|---|---|
| CONTRIBUTIONS FROM OWNER | 350,607.00 | |
| CURRENT RETAINED EARNING | (256,878.03) | |
| RETAINED EARNINGS | (138,030.55) | |
| **TOTAL EQUITY** | (44,301.58) | |
| **TOTAL LIABILITY & EQUITY** | | ($3,731.06) |



```
1214003425
WSB AS TRUSTEE DTD 01/12/87 TRUST 680
C/O KEY INVESTMENT & MANAGEMENT INC
1263 S HIGHLAND AVE STE 2W
LOMBARD IL 60148-4527
```

### COMMERCIAL MORTGAGE NON REIT Loan Statement

**- - - - - Payment Information - - - - - -**

| | |
|---|---|
| Account Number | 5193647278 |
| Payment Due Date | 01/01/2020 |
| Amount Due | *** 12,187.62 *** |

If payment is received after 01/11/2020,
609.38 late fee will be charged.
The payment due will be charged to your
Checking Account 2200014783

**- - - - Account Information - - - -**

| | |
|---|---|
| Outstanding Principal | 1,511,581.52 |
| Interest Rate | 4.750000 |

**- - - Explanation of Amount Due - - - -**

| | |
|---|---|
| Principal | 6,000.77 |
| Interest | 6,186.85 |
| | -------------- |
| Regular Payment | 12,187.62 |
| | -------------- |
| Total Amount Due | *** 12,187.62 *** |

Collateral/Property: 1300 S MAINT STREET

**- - - - - - - - - Past Payments Breakdown - - - - - - - - -**

| | Paid Last Period | Paid Year to Date |
|---|---|---|
| Principal | 6,175.90 | 40,245.59 |
| Interest | 6,011.72 | 60,093.28 |
| Escrow | .00 | |
| Fees and Charges | .00 | .00 |
| Total | 12,187.62 | 100,338.87 |

RECEIVED
DEC 1 9 2019

**- - - - - - Transaction Activity Since Your Last Statement - - - - - - -**

| | | -----Payment Split----- | | Transaction | Principal |
|---|---|---|---|---|---|
| Date | Description | Principal | Interest | Amount | Balance |
| 11/15/2019 | Balance Last Statement | | | | 1,517,757.42 |
| 12/06/2019 | Regular Payment | | | | |
| | | 6,175.90 | 6,011.72 | 12,187.62 | 1,511,581.52 |
| 12/14/2019 | Balance This Statement | | | | 1,511,581.52 |

--------------------------------------------------------------------------------

- - - C o n t i n u e d - - -



Case 20-17355   Doc 82   Filed 02/04/21   Entered 02/04/21 16:58:15   Desc Main
Page:  1
711 S. MEYERS ROAD   Document       Page 23 of 27     5193647278   12/31/2019
LOMBARD, IL 60148                          1 / 1
Telephone:630-629-4200              1231036654

Omni

1231036654
WSB AS TRUSTEE DTD 01/12/87 TRUST 6804
C/O KEY INVESTMENT & MANAGEMENT INC
1263 S HIGHLAND AVE STE 2W
LOMBARD IL 60148-4527

Statement of COMMERCIAL MORTGAGE NON REIT Note
From 04/01/19 Thru 12/31/19
=================================================================================
REMINDER: IT IS YOUR OBLIGATION TO MAINTAIN HOMEOWNERS INSURANCE ON YOUR
LOAN.
SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE PLEASE CONTACT OUR LOAN
SERVICING DEPARTMENT AT (630)652-2751.
=================================================================================

| Posting Date | Payment Due Date | Principal | Interest | Payment Amount | Principal Balance |
|---|---|---|---|---|---|
| 04/01/19 | PRINCIPAL ADVANCE | | | 1,551,827.11 | 1,551,827.11 |
| 04/09/19 | Interest Payment | | | 6,789.24 | |
| 05/01/19 | 05/01/19 | 5,710.77 | 6,789.23 | 12,500.00 | 1,546,116.34 |
| 06/11/19 | 06/01/19 | 5,510.27 | 6,989.73 | 12,500.00 | 1,540,606.07 |
| 07/08/19 | 07/01/19 | 5,751.82 | 6,748.18 | 12,500.00 | 1,534,854.25 |
| 08/01/19 | 08/01/19 | 5,555.32 | 6,944.68 | 12,500.00 | 1,529,298.93 |
| 09/11/19 | 09/01/19 | 5,586.30 | 6,913.70 | 12,500.00 | 1,523,712.63 |
| 10/11/19 | Interest Payment | | | 6,674.39 | |
| 11/06/19 | 11/01/19 | 5,955.21 | 6,232.41 | 12,187.62 | 1,517,757.42 |
| 12/06/19 | 12/01/19 | 6,175.90 | 6,011.72 | 12,187.62 | 1,511,581.52 |
| 12/31/19 | 01/01/20 | 6,000.77 | 6,186.85 | 12,187.62 | 1,505,580.75 |

Principal Balance as of 04/01/19:                  1,551,827.11
Principal Increase This Period:          (+)               .00
Principal Paid This Period:              (-)         46,246.36
                                              ------------------
Principal Balance as of 12/31/19:        (=)       1,505,580.75

Interest Paid This Period:                            66,280.13



711 S. MEYERS ROAD
LOMBARD, IL 60148
Telephone:630-629-4200

5193641023  12/31/2019
1 / 1
1231036653

1231036653
OMNI PARTNERS
1263 S HIGHLAND AVE STE 2W
LOMBARD IL 60148-4527



Statement of COMMERCIAL MORTGAGE NON REIT Note
From 01/01/19 Thru 12/31/19
=================================================================================
REMINDER: IT IS YOUR OBLIGATION TO MAINTAIN HOMEOWNERS INSURANCE ON YOUR
LOAN.
SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE PLEASE CONTACT OUR LOAN
SERVICING DEPARTMENT AT (630)652-2751.
=================================================================================

| Posting Date | Payment Due Date | Principal | Interest | Payment Amount | Principal Balance |
|---|---|---|---|---|---|
| 01/01/19 | Beginning Balance | | | | 1,563,174.10 |
| 02/01/19 | 02/01/19 | 5,661.11 | 6,838.89 | 12,500.00 | 1,557,512.99 |
| 03/01/19 | 03/01/19 | 5,685.88 | 6,814.12 | 12,500.00 | 1,551,827.11 |
| 04/11/19 | PAYOFF | 1,551,827.11 | .00 | 1,551,827.11 | .00 |

```
Principal Balance as of 01/01/19:              1,563,174.10
Principal Increase This Period:          (+)            .00
Principal Paid This Period:              (-)   1,563,174.10
                                               ----------------
Principal Balance as of 12/31/19:        (=)           .00

Interest Paid This Period:                        13,653.01
```

MAKE CHECK PAYABLE TO: DU PAGE COUNTY COLLECTOR — *SEND THIS COUPON* WITH YOUR **1**ST INSTALLMENT PAYMENT OF **2018 TA**
MAIL PAYMENT TO: P.O. BOX 4203, CAROL STREAM, IL 60197-4203
PAY ON-LINE at: treasurer.dupageco.org
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| ON OR BEFORE: | PAY: |
| --- | --- |
| JUNE 3, 2019 | $48,872.96 |
| PAYING LATE? | PAY THIS AMOUNT: |
| JUN 4 THRU 30 | 49,606.05 |
| JUL 1 THRU 31 | 50,339.15 |
| AUG 1 THRU 31 | 51,072.24 |
| SEP 1 THRU 30 | 51,805.34 |
| OCT 1 THRU 31 | 52,538.43 |
| NOV 1 THRU 13 | 53,271.53 |

U.S. POSTMARK IS USED TO DETERMINE LATE PENALTY.

PAYMENT OF THIS 2018 TAX BILL AFTER OCTOBER 31, 2019 REQUIRES A CASHIER'S CHEC CASH OR MONEY ORDER.

[ ] CHECK BOX AND COMPLETE CHANGE OF ADDRESS ON BACK

06-19-201-018
OMNI PLAZA
1263 S HIGHLAND AVE
UNIT 2W
LOMBARD IL 60148-4527

**NO PAYMENT WILL BE ACCEPTED AFTER NOV. 13, 2019**

1061920101886011000488729641

---

MAKE CHECK PAYABLE TO: DU PAGE COUNTY COLLECTOR — *SEND THIS COUPON* WITH YOUR **2**ND INSTALLMENT PAYMENT OF **2018 TA**
MAIL PAYMENT TO: P.O. BOX 4203, CAROL STREAM, IL 60197-4203
PAY ON-LINE AT: treasurer.dupageco.org
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| ON OR BEFORE: | PAY: |
| --- | --- |
| SEP 3, 2019 | $48,872.96 |
| PAYING LATE? | PAY THIS AMOUNT: |
| SEP 4 THRU 30 | 49,606.05 |
| OCT 1 THRU 31 | 50,339.15 |
| NOV 1 THRU 13 | 51,082.24* |

U.S. POSTMARK IS USED TO DETERMINE LATE PENALTY.

PAYMENT OF THIS 2018 TAX BILL AFTER OCTOBER 31, 2019 REQUIRES A CASHIER'S CHEC CASH OR MONEY ORDER.

[ ] CHECK BOX AND COMPLETE CHANGE OF ADDRESS ON BACK

06-19-201-018
OMNI PLAZA
1263 S HIGHLAND AVE
UNIT 2W
LOMBARD IL 60148-4527

*INCLUDES $10 COST: SEE BACK OF BILL FOR EXPLANATION

**NO PAYMENT WILL BE ACCEPTED AFTER NOV. 13, 2019**

2061920101886011000488729642

---

| Rate 2017 | Tax 2017 | Taxing District | Rate 2018 | Tax 2018 |
| --- | --- | --- | --- | --- |
| | | ** COUNTY ** | | |
| .1052 | 1,218.08 | COUNTY OF DU PAGE | .1007 | 1,185.93 |
| .0227 | 262.83 | PENSION FUND | .0217 | 255.55 |
| .0340 | 393.67 | COUNTY HEALTH DEPT | .0330 | 388.63 |
| .0130 | 150.52 | PENSION FUND | .0119 | 140.14 |
| .1207 | 1,397.56 | FOREST PRESERVE DIST | .1180 | 1,389.67 |
| .0099 | 114.63 | PENSION FUND | .0098 | 115.41 |
| .0166 | 192.20 | DU PAGE AIRPORT AUTH | .0146 | 171.94 |
| | | ** LOCAL ** | | |
| NO LEVY | | DU PAGE WATER COMM | NO LEVY | |
| .0417 | 482.83 | YORK TOWNSHIP | .0411 | 484.03 |
| .0051 | 59.05 | PENSION FUND | .0049 | 57.70 |
| .0438 | 507.15 | YORK TWP ROAD | .0429 | 505.22 |
| .0018 | 20.84 | PENSION FUND | .0020 | 23.55 |
| .1670 | 1,933.65 | VLG OF LOMBARD | .1923 | 2,264.69 |
| .4580 | 5,303.09 | PENSION FUND | .4228 | 4,979.27 |
| .3894 | 4,508.78 | LOMBARD PARK DIST | .3826 | 4,505.84 |
| .0355 | 411.04 | PENSION FUND | .0349 | 411.01 |
| .4754 | 5,504.56 | HELEN PLUM LIBRARY | .4683 | 5,515.12 |
| | | ** EDUCATION ** | | |
| 3.8200 | 44,231.01 | GRADE SCHOOL DIST 44 | 3.7392 | 44,036.18 |
| .1501 | 1,737.97 | PENSION FUND | .1440 | 1,695.87 |
| 2.2959 | 26,583.76 | HIGH SCHOOL DIST 87 | 2.2413 | 26,395.56 |
| .0443 | 512.94 | PENSION FUND | .0421 | 495.80 |
| .2431 | 2,814.92 | COLLEGE DU PAGE 502 | .2317 | 2,728.81 |
| 8.4932 | 98,341.08 | TOTALS | 8.2998 | 97,745.92 |

Mailed to:
OMNI PLAZA
1263 S HIGHLAND AVE
UNIT 2W
LOMBARD IL 60148-4527

Property Location:

MAIN ST
LOMBARD, 60148

Township Assessor:

YORK
630-627-3354

Tax Code:

6011

Property Index Number:

06-19-201-018

| | |
| --- | --- |
| TIF Frozen Value | |
| Fair Cash Value | |
| Land Value | 716,510 |
| + Building Value | 461,180 |
| = Assessed Value | 1,177,690 |
| x State Multiplier | 1.0000 |
| = Equalized Value | 1,177,690 |
| − Residential Exemption | |
| − Senior Exemption | |
| − Senior Freeze | |
| − Disabled Veteran | |
| − Disability Exemption | |
| − Returning Veteran Exemption | |
| − Home Improvement Exemption | |
| − Housing Abatement | |
| = Net Taxable Value | 1,177,690 |
| x Tax Rate | 8.2998 |
| = Total Tax Due | 97,745.92 |
| − Less Advance Payment | 0.00 |
| =Net Tax Due | **97,745.92** |

CHANGE OF NAME/ADDRESS:
CALL: 630-407-5900

* S OF A FACTOR 1.0494



RECEIVED
MAY 0 6 2019



2018 DuPage County Real Estate Tax Bill
Gwen Henry, CPA, County Collector
421 N. County Farm Road
Wheaton, IL 60187

Office Hours − 8:00 am–4:30 pm, Mon–F
Telephone − (630) 407-5900

| TO WHOM PAID | | | | |
|---|---|---|---|---|

RECIPIENT'S/LENDER'S name... mortgage principal
630-629-4200

WEST SUBURBAN BANK
701-711 S MEYERS RD
LOMBARD IL 60148

36-2481667 | 1,563,174.10

**2** Mortgage origination date

Payer's/Borrower's TIN  XX-XXX6160   03/14/2007

**1** Mortgage interest received from payer(s)/borrower(s)  13,653.01

**4** Refund of overpaid interest

CORRECTED (if checked)

BY WHOM PAID

**2019**

0113003337
OMNI PARTNERS
1263 S HIGHLAND AVE STE 2W
LOMBARD IL 60148-4527

FORM 1098

**5** Mortgage insurance premiums

**6** Points paid on purchase of principal residence

**7** If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, box is checked, or the address or description is entered in box 8.

**Mortgage Interest Statement**
Copy B
For Payer/Borrower

OMB No. 1545-1380

*Caution: The amount shown may not be fully deductible by you...

**8** Address or description of property securing mortgage (see instructions)
1300 S MAIN STREET   LOMBARD   IL   60148

**9** Number of properties securing the mortgage

Account number (see instructions)  283606

**10** Other  LOAN  XXXXXX1023

**11** Mortgage acquisition date

L-1098   Keep this copy for your records.   www.irs.gov/Form1098   Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** If you prepaid interest in 2019 that accrued in full by January 15, 2020, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2019 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1, 2019. If the mortgage originated in 2019, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in 2019, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part of the box 4 amount on the "Other income" line of your 2019 Schedule 1 (Form 1040). No adjustment to your prior year's tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2019 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** This is the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in 2019, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1098.

L-1098   1098 / COPY B

| RECIPIENT'S/LENDER'S name, address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | |
|---|---|---|---|
| **WEST SUBURBAN BANK**<br>**701-711 S MEYERS RD**<br>**LOMBARD IL  60148**<br><br>630-629-4200 | RECIPIENT'S/LENDER'S TIN<br>36-2481667 | | Caution: The amount shown may not be fully deductible...<br>1 Mortgage principal<br>**1,551,827.11** |
| | Payer's/Borrower's TIN<br>XX-XXX6160 | | 3 Mortgage origination date<br>**04/01/2019** |
| CORRECTED (if checked) ☐ | 1 Mortgage interest received from payer(s)/borrower(s)<br>**66,280.13** | | 4 Refund of overpaid interest |

| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | | |
|---|---|---|
| **2019**<br>FORM 1098 | 0113003336<br>**OMNI PARTNERS**<br>**C/O KEY INVESTMENT & MANAGEMENT INC**<br>**1263 S HIGHLAND AVE STE 2W**<br>**LOMBARD IL  60148-4527** | 5 Mortgage insurance premiums |
| | | 6 Points paid on purchase of principal residence |
| | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.* | 7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. |
| **Mortgage Interest Statement**<br>Copy B<br>For Payer/Borrower | 8 Address or description of property securing mortgage (see instructions)<br>MAIN STREET<br>LOMBARD   IL  60148 | 9 Number of properties securing the mortgage |
| OMB No. 1545-1380 | | |

| Account number (see instructions)<br>283951 | 10 Other<br>LOAN   XXXXXX7278 | 11 Mortgage acquisition date | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a non-deductible item. |
|---|---|---|---|

| L-1098 | Keep this copy for your records. | www.irs.gov/Form1098 | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2019 that accrued in full by January 15, 2020, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2019 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1, 2019. If the mortgage originated in 2019, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in 2019, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2019 Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2019 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** This is the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in 2019, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

L-1098

1098 / COPY B