# EXHIBIT 5

JAMS ARBITRATION
REFERENCE NO. 1220060864

**JAMES SAMATAS, JAMES SAMATAS AS TRUSTEE OF THE JAMES SAMATAS REVOCABLE TRUST**

    Claimants,

vs.

**COHEN & LORD, APC, JAMES F. BOYLE, an individual, and BRUCE M. COHEN, an individual,**

    Respondents,

---

**COHEN & LORD, APC,**

    Counter-Claimants,

vs.

**JAMES SAMATAS, an individual, and JAMES SAMATAS AS TRUSTEE OF THE JAMES SAMATAS REVOCABLE TRUST**

    Counter-Respondents.

**REVISED ORDER RE: DEPOSITION OF
CLAIMANT JAMES SAMATAS *NUNC PRO TUNC***

The request to take the deposition is granted. It is a matter within the Arbitrator's discretion and there is a sufficient showing such that equity and fairness dictate Respondent should be permitted to take the deposition notwithstanding the prior objections raised before Claimants were permitted to depose Mr. Boyle.

Dated: October 25, 2019

                                                                   */s/ Andler*
                                                    Hon. Gail A. Andler (Ret.)

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Samatas, James, et al. vs. Cohen & Lord, et al.
Reference No. 1220060864

I, Chandra Ahr, not a party to the within action, hereby declare that on October 30, 2019, I served the attached REVISED ORDER RE: DEPOSITION OF CLAIMANT JAMES SAMATAS NUNC PRO TUNC on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Irvine, CALIFORNIA, addressed as follows:

David B. Parker Esq.
Shawn Shaffie Esq.
Parker Mills LLP
800 W. 6th St.
Suite 500
Los Angeles, CA   90017
Phone: 213-622-4441
parker@parkermillsllp.com
Shaffie@parkermillsllp.com
   Parties Represented:
   James Samatas
   Samatas, James, Trustee of James Samatas Rev

Mark Lester Esq.
Lester & Cantrell LLP
1770 Iowa Ave.
Suite 110
Riverside, CA   92507
Phone: 951-300-2690
mlester@lc-lawyers.com
   Parties Represented:
   BMCA Law Group, PC
   Bruce M. Cohen
   James F. Boyle

Lyle R. Mink Esq.
L/O Lyle R. Mink
1801 Century Park East
Suite 2600
Los Angeles, CA   90067
Phone: 310-553-1010
lyle@lylemink.com
   Parties Represented:
   BMCA Law Group, PC

I declare under penalty of perjury the foregoing to be true and correct. Executed at Irvine, CALIFORNIA on October 30, 2019.

_/s/ Chandra Ahr_
Chandra Ahr
CAhr@jamsadr.com



David B. Parker Esq.
Shawn Shaffie Esq.
Parker Mills LLP
800 W. 6th St.
Suite 500
Los Angeles, CA 90017

