**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | March 1, 2021 |
| **Bankruptcy Case** | No. 20 B 17355 | **Adversary** | |

**Brief Statement of Motion**

James Samatas

Scheduling order

**Names and Addresses of moving counsel**

**Representing**

# ORDER

On the court's own motion, the ruling date of March 8, 2021, on the pending motions to convert and convert or dismiss is stricken. Ruling is reset to March 15, 2021, at 10:00 a.m.

*/s/ A. Benjamin Goldgar*