# Exhibit B

**Fill in this information to identify the case:**

Debtor Name __James Samatas__

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number: __20-17355__

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of [1/23/2021] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| James Samatas Discretionary Trust u/t/a 9/8/88 | None | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name __James Samatas__  Case number __20-17355__

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

For non-individual Debtors:

X _/s/ James Samatas_
Signature of Authorized Individual

__James Samatas__
Printed name of Authorized Individual

Date __January 23, 2021__
MM / DD / YYYY

For individual Debtors:

X _____  X _____
Signature of Debtor 1          Signature of Debtor 2

Printed name of Debtor 1       Printed name of Debtor 2

Date _____              Date _____
MM / DD / YYYY                 MM / DD / YYYY

Debtor Name  James Samatas                              Case number 20-17355

 **Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

**See Attached**

Debtor Name __James Samatas__                                Case number __20-17355__

## Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**See Attached**

| Debtor Name | James Samatas | Case number | 20-17355 |
|---|---|---|---|

### Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

## See Attached

Debtor Name __James Samatas__    Case number __20-17355__

### Exhibit A-3: Statement of Cash Flows for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**None**

Debtor Name __James Samatas__  Case number __20-17355__

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**None**

Debtor Name **James Samatas**    Case number **20-17355**



**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**The James Samatas Discretionary Trust was created on September 8, 1988 by George Samatas, the father of James Samatas (the "Trust"). James Samatas and George P. Colis were the co-Trustees of the Trust. The beneficiary of the Trust is James Samatas. The Trust owns interest in real property and interest in personal property. The real property interest in which the Trust owns an interest is the following properties:**

**165 South Bloomingdale Road, Bloomingdale, Illinois 60108
10300 SW Highway, Chicago Ridge, Illinois 60415
420 W. Butterfield Road, Elmhurst, Illinois, 60126
4735 Willow Springs Road, La Grange, Il 60525
900 S. Rand Road, Lake Zurich, Il. 60047
14601 John Humphrey Drive, Orland Park, Il 60462
675 S. Roselle Road, Schaumburg, Il 60193
665 W. North Avenue, Lombard, Il 60148
555 W. Foxworth Blvd., Lombard, Il 60148
400 W. Butterfield Road, Elmhurst, Il 60126**

**John Samatas and Cynthia Thiem are asserting claims against the Trust, but those claims are disputed and have no validity. The Trust is asserting claims against Cynthia Thiem and John Samatas in an unliquidated amount but for at least $8,000,000.**

Debtor Name   James Samatas                         Case number   20-17355

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**None**

Debtor Name __James Samatas_____  Case number__20-17355_____



### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**There are no such agreements**

Debtor Name  James Samatas    Case number  20-17355

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**No such payments**

BALANCE SHEET FOR
JAMES SAMATAS DISCRETIONARY TRUST U/T/A 9/8/88
For the Period January 23, 2021

I. ASSETS:

| | |
|---|---|
| Artwork | $50,000 |
| Paperweights | $500,000 |
| Cash | $100,000 (approximately) |
| Real Property | Unknown |
| Furniture and Fixtures | $200,000 |
| Antiques | $200,000 |
| Pen Collection | $50,000 |
| Gemstones | $300,000 |
| Claims against Cynthia Theim and John Samatas | $8,000,000 (approximately) |
| Loan Receivable (James Samatas) $7,000,000 | |
| TOTAL: | Unknown |

II. LIABILITIES:

| | |
|---|---|
| Disputed Liabilities: | Unknown |
| TOTAL: | Unknown |

STATEMENT OF INCOME FOR
JAMES SAMATAS DISCRETIONARY TRUST U/T/A 9/8/88
For the Period January 1, 2020 to January 23, 2021

REVENUES: $0.00

EXPENSES: $0.00